1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MONTANA TWENTY-SECOND JUDICIAL DISTRICT COURT, CARBON COUNTY

| In the Matter of the Estate of | ) | Probate No. DP 17-01 |
|---|---|---|
| | ) | |
| KAREN HILL-LECOU, | ) | Judge Blair Jones |
| | ) | |
| Deceased. | ) | **ORDER ADJUDICATING** |
| | ) | **INTESTACY AND DETERMINING** |
| | ) | **HEIRS, AND APPOINTMENT OF** |
| | ) | **PERSONAL REPRESENTATIVE** |
| | ) | |

The Petition for Formal Adjudication of Intestacy, Determination of Heirs, and Appointment of Personal Representative (the "Petition") of **GARY HILL** having come on for hearing, the Court makes the following findings:

1.    The Petition is complete and is supported by evidence that the statements contained therein are true.

2.    **KAREN HILL-LECOU** (the "Decedent") died April 5, 2016 and at least 120 hours have elapsed since the Decedent's death.  At the time of death, the Decedent was domiciled in Carbon County, Montana.

3.    The Decedent died intestate.

4.    The Decedent was survived by the following heirs:

| NAME | ADDRESS | RELATIONSHIP | AGE |
|------|---------|--------------|-----|
| Robert James LeCou | Gallatin County Detention Center 605 S. 16th Ave. Bozeman, MT 59715 | Spouse | Legal |
| Kathy Ingham | 726 N. McDonald Rd. Apt. 18 Spokane Valley, WA 99216 | Sister | Legal |
| Susan Almon | 1703 McCellen St. Richland, WA 99352 | Sister | Legal |
| Gary Hill | 25016 E. Rosewood Newman Lake, WA 99025 | Brother | Legal |

5.      Venue is proper for the reason stated in the Petition.

6.      Notice required by Mont. Code Ann. § 72-3-305 and § 72-3-106 has been given and proof thereof having been made and filed.

7.      The time limit for original probate has not expired.

8.      No personal representative of the Decedent's estate has been appointed in Montana or elsewhere whose appointment has not been terminated.

9.      The heirs of the Decedent were unable to unanimously concur in nominating another to act for them and the Court may appoint any qualified person pursuant to Mont. Code Ann. § 72-3-504.  The Court determines that pursuant to Mont. Code Ann. § 72-3-501(2), Robert James LeCou, though given notice of the proceedings, is unsuitable to serve, as he is currently in custody and stands accused of Decedent's death.  The remaining heirs of Decedent's estate have nominated **GARY HILL** as personal representative and he is otherwise qualified and suitable.

1    **NOW, THEREFORE**, it is determined that the Decedent died intestate and was

2    survived by the foregoing heirs, that **GARY HILL** is hereby ordered appointed personal

3    representative of the Decedent's estate without bond, and that Letters shall be issued to said

4    personal representative upon qualification and acceptance.

5    Dated this _17th_ day of _MAY_, 2017.

6

7    C: Beddow

8    CERTIFICATE OF SERVICE                                    DISTRICT COURT JUDGE

This is to certify that the foregoing was duly
9    served by mail or fax upon the parties or their
attorneys of record at their last known address

10   this _17th_ day of _May_, 20_17_

11   By _Susan E. Metcalf_
     Clerk / Deputy Clerk

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ADJUDICATING INTESTACY AND DETERMINING
HEIRS, AND APPOINTMENT OF PERSONAL REPRESENTATIVE                    Page 3 of 3