# YOUR BENEFIT PLAN

## ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST

**Basic Dependent Life, Basic Term Life, Basic Accidental Death and Dismemberment**

<u>**Questions or Complaints about Your Coverage**</u>

**In the event You have questions or complaints regarding any aspect of Your coverage, You should contact Your Employee Benefits Manager or You may write to us at:**
The Hartford
Group Benefits Division, Customer Service
P.O. Box 2999
Hartford, CT 06104-2999

**Or call Us at:**  1-800-523-2233
When calling, please give Us the following information:
1)   the policy number; and
2)   the name of the policyholder (employer or organization), as shown in Your Certificate of Insurance.

**Or You may contact Our Sales Office:**
Hartford Life and Accident Insurance Company
Group Sales Department
520 Pike Street
Suite 905
Seattle, WA  98101
TOLL FREE:  800-238-7492
FAX:  206-624-1492

**If you have a complaint, and contacts between you and the insurer or an agent or other representative of the insurer have failed to produce a satisfactory solution to the problem, the following states require we provide you with additional contact information:**

| For residents of: | Write | Telephone |
|---|---|---|
| **Arkansas** | Arkansas Insurance Department<br>Consumer Services Division<br>1200 West Third Street<br>Little Rock, AR 72201-1904 | 1(800) 852-5494<br>1(501) 371-2640 (in the Little Rock area) |
| **California** | State of California Insurance Department<br>Consumer Communications Bureau<br>300 South Spring Street, South Tower<br>Los Angeles, CA 90013 | 1(800) 927-HELP |
| **Idaho** | Idaho Department of Insurance<br>Consumer Affairs<br>700 W State Street, 3rd Floor<br>PO Box 83720<br>Boise, ID 83720-0043 | 1-800-721-3272 or www.DOI.Idaho.gov |
| **Illinois** | Illinois Department of Insurance<br>Consumer Services Station<br>Springfield, Illinois 62767 | Consumer Assistance: 1(866) 445-5364<br>Officer of Consumer Health Insurance:<br>1(877) 527-9431 |
| **Indiana** | Public Information/Market Conduct<br>Indiana Department of Insurance<br>311 W. Washington St. Suite 300<br>Indianapolis, IN 46204-2787 | Consumer Hotline: 1(800) 622-4461<br>1(317) 232-2395 (in the Indianapolis Area) |
| **Virginia** | Life and Health Division<br>Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23209 | 1(804) 371-9741 (inside Virginia)<br>1(800) 552-7945 (outside Virginia) |
| **Wisconsin** | Office of the Commissioner of Insurance<br>Complaints Department<br>P.O. Box 7873 | 1(800) 236-8517 (outside of Madison)<br>1(608) 266-0103 (in Madison)<br>to request a complaint form. |

Madison, WI 53707-7873

**The following states require that We provide these notices to You about Your coverage:**

**For residents of:**

**Arizona**          This certificate of insurance may not provide all benefits and protections provided by law in Arizona.  Please read This certificate carefully.

**Florida**          The benefits of the policy providing you coverage are governed primarily by the laws of a state other than Florida.

## STATE OF DELAWARE
### The Civil Union and Equality Act of 2011
### Effective January 1, 2012

In accordance with Delaware law, insurers are required to provide the following notice to applicants of insurance policies issued in Delaware.

The Civil Union and Equality Act of 2011 ("the Act") creates a legal relationship between two persons of the same sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Delaware to spouses in a legal marriage. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Delaware law. This includes the terms "marriage" or "married," or variations thereon.  Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to Chapter 2 of Title 13 of the Delaware Code or the State of Delaware website at www.delaware.gov/CivilUnions.

### Georgia

The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family abuse.

## STATE OF ILLINOIS
### The Religious Freedom Protection and Civil Union Act
### Effective June 1, 2011

In accordance with Illinois law, insurers are required to provide the following notice to applicants of insurance policies issued in Illinois.

The Religious Freedom Protection and Civil Union Act ("the Act") creates a legal relationship between two persons of the same or opposite sex who form a civil union.  The Act provides that the parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the laws of Illinois to spouses. The law further provides that a party to a civil union shall be included in any definition or use of the terms "spouse," "family," "immediate family," "dependent," "next of kin," and other terms descriptive of spousal relationships as those terms are used throughout Illinois law. This includes the terms "marriage" or "married," or variations thereon. Insurance policies are required to provide identical benefits and protections to both civil unions and marriages.  If policies of insurance provide coverage for children, the children of civil unions must also be provided coverage. The Act also requires recognition of civil unions or same sex civil unions or marriages legally entered into in other jurisdictions.

For more information regarding the Act, refer to 750 ILCS 75/1 *et seq.* Examples of the interaction between the Act and existing law can be found in the Illinois Insurance Facts, Civil Unions and Insurance Benefits document available on the Illinois Department of Insurance's website at www.insurance.illinois.gov.

**Maine**

The laws of the State of Maine require notification of the right to designate a third party to receive notice of cancellation, to change the designation and, policy reinstatement if the insured suffers from organic brain disease and the ground for cancellation was the insured's nonpayment of premium or other lapse or default on the part of the insured.

Within 10 days after a request by an insured, a Third Party Notice Request Form shall be mailed or personally delivered to the insured.

**Maryland**

**The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

**Massachusetts**

**As of January 1, 2009, the Massachusetts Health Care Reform Law requires that Massachusetts residents, eighteen (18) years of age and older, must have health coverage that meets the Minimum Creditable Coverage standards set by the Commonwealth Health Insurance Connector, unless waived from the health insurance requirement based on affordability or individual hardship. For more information call the Connector at 1-877-MA-ENROLL or visit the Connector website (www.mahealthconnector.org ) .**

This plan is not intended to provide comprehensive health care coverage and **does not meet Minimum Creditable Coverage standards**, even if it does include services that are not available in the insured's other health plans.

**If you have questions about this notice, you may contact the Division of Insurance by calling (617) 521-7794 or visiting its website at www.mass.gov/doi.**

**Montana**

Conformity with Montana statutes:  The provisions of this certificate conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which the insured resides on or after the effective date of this certificate.

**North Carolina**

UNDER NORTH CAROLINA GENERAL STATUTE SECTION 58-50-40, NO PERSON, EMPLOYER, FINANCIAL AGENT, TRUSTEE, OR THIRD PARTY ADMINISTRATOR, WHO IS RESPONSIBLE FOR THE PAYMENT OF GROUP LIFE INSURANCE, GROUP HEALTH OR GROUP HEALTH PLAN PREMIUMS, SHALL:
1) CAUSE THE CANCELLATION OR NONRENEWAL OF GROUP LIFE INSURANCE, GROUP HEALTH INSURANCE, HOSPITAL, MEDICAL, OR DENTAL SERVICE CORPORATION PLAN, MULTIPLE EMPLOYER WELFARE ARRANGEMENT, OR GROUP HEALTH PLAN COVERAGES AND THE CONSEQUENTIAL LOSS OF THE COVERAGES OF THE PERSON INSURED, BY WILLFULLY FAILING TO PAY THOSE PREMIUMS IN ACCORDANCE WITH THE TERMS OF THE INSURANCE OR PLAN CONTRACT; AND
2) WILLFULLY FAIL TO DELIVER, AT LEAST 45 DAYS BEFORE THE TERMINATION OF THOSE COVERAGES, TO ALL PERSONS COVERED BY THE GROUP POLICY WRITTEN NOTICE OF THE PERSON'S INTENTION TO STOP PAYMENT OF PREMIUMS. VIOLATION OF THIS LAW IS A FELONY. ANY PERSON VIOLATING THIS LAW IS ALSO SUBJECT TO A COURT ORDER REQUIRING THE PERSON TO COMPENSATE PERSONS INSURED FOR EXPENSES OR LOSSES INCURRED AS A RESULT OF THE TERMINATION OF THE INSURANCE.

**IMPORTANT TERMINATION INFORMATION**

**YOUR INSURANCE MAY BE CANCELLED BY THE COMPANY. PLEASE READ THE TERMINATION PROVISION IN THIS CERTIFICATE.**

**THIS CERTIFICATE OF INSURANCE PROVIDES COVERAGE UNDER A GROUP MASTER POLICY. THIS CERTIFICATE PROVIDES ALL OF THE BENEFITS MANDATED BY THE NORTH CAROLINA INSURANCE CODE, BUT YOU MAY NOT RECEIVE ALL OF THE PROTECTIONS PROVIDED BY A POLICY ISSUED IN NORTH CAROLINA AND GOVERNED BY ALL OF THE LAWS OF NORTH CAROLINA.**

### Texas

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call The Hartford's toll-free telephone number for information or to make a complaint at:

1-800-523-2233

You may also write to The Hartford at:
P.O. Box 2999
Hartford, CT 06104-2999

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

1-800-252-3439

You may write the Texas Department of Insurance at:
P.O. Box 149104
Austin, TX 78714-9410
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim you should contact the agent or The Hartford first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:**
This notice is for information only and does not become a part or condition of the attached document.

**AVISO IMPORTANTE**

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de The Hartford para informacion o para someter una queja al:

1-800-523-2233

Usted tambien puede escribir a The Hartford:
P.O. Box 2999
Hartford, CT 06104-2999

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas:
P.O. Box 149104
Austin, TX 78714-9410
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**
Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o The Hartford primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:**
Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.



## THE HARTFORD

### CERTIFICATE OF INSURANCE
### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
**Simsbury, Connecticut**
**(A stock insurance company)**

**Policyholder: ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST**
**Policy Number: GL-686127**

**Participating Employer:  Associated Employers Group Benefit Plan and Trust**
**Account Number: 686127**

**Policy Effective Date: September 1, 2001**
**Policy Anniversary Date: April 1**

**Participating Employer Effective Date: September 1, 2001**

We have issued The Policy to the Policyholder.  Our name, the Policyholder's name, the Participating Employer's name, The Policy Number and the Participating Employer's Account Number are shown above.  The provisions of the Participating Employer's coverage under The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate.  This certificate replaces any other certificate We may have given to You earlier under The Policy.  The Policy alone is the only contract under which payment will be made.  Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us at Our home office.  The Policy may be inspected at the office of the Policyholder.

Signed for the Company

**Terence Shields, *Secretary***          **Michael Concannon, *Executive Vice President***

---

*A note on capitalization in this Certificate:*
Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

GBD-1100 A.1 (686127) GL 1.69

# TABLE OF CONTENTS

SCHEDULE OF INSURANCE ................................................................................................9
   Cost of Coverage ............................................................................................................9
   Eligible Class(es) for Coverage .......................................................................................9
   Eligibility Waiting Period for Coverage .............................................................................9
   Benefit Amounts .............................................................................................................9
ELIGIBILITY AND ENROLLMENT .....................................................................................11
   Eligible Persons ...........................................................................................................11
   Eligibility for Coverage ..................................................................................................11
   Enrollment ...................................................................................................................11
PERIOD OF COVERAGE ...................................................................................................11
   Effective Date ...............................................................................................................12
   Deferred Effective Date .................................................................................................12
   Continuity From a Prior Policy ........................................................................................12
   Dependent Effective Date ..............................................................................................12
   Dependent Deferred Effective Date ................................................................................12
   Dependent Continuity From a Prior Policy .......................................................................13
   Termination ..................................................................................................................13
   Continuation Provisions .................................................................................................13
   Waiver of Premium ........................................................................................................15
BENEFITS .........................................................................................................................16
   Life Insurance Benefit ....................................................................................................16
   Accelerated Benefit .......................................................................................................16
   Conversion Right ...........................................................................................................17
   Accidental Death and Dismemberment Benefits ..............................................................18
      Definitions ..............................................................................................................18
      Benefits .................................................................................................................18
      Exclusions .............................................................................................................18
EXCLUSIONS ....................................................................................................................23
GENERAL PROVISIONS .....................................................................................................23
DEFINITIONS ....................................................................................................................27
AMENDATORY RIDER .......................................................................................................30
ERISA ...............................................................................................................................39

EXHIBIT B, Page 7 of 45

# SCHEDULE OF INSURANCE

**The benefits described herein are those in effect as of: December 1, 2014**

**Cost of Coverage:**
**Non-Contributory Coverage:**     Basic Life Insurance
                                   Basic Dependent Life Insurance
                                   Accidental Death and Dismemberment

**Eligible Class(es) For Coverage:**  All Full-Time Active Employees and Retirees of a Participant Employer who are citizens or legal residents of the United States, its territories and protectorates, excluding temporary, leased or seasonal employees.

Full-time Employment:  at least 20 hours weekly

**Eligibility Waiting Period for Coverage**:
The first day of the month coinciding with or next following the waiting period selected by the Participating Employer.

The time period(s) referenced above are continuous.  The Eligibility Waiting Period for Coverage will be reduced by the period of time You were a Full-time Active Employee with the Employer under the Prior Policy.

### Life Insurance Benefit

**Amount of Life Insurance**

### Basic Amount of Life Insurance

| | | **Maximum Amount** |
|---|---|---|
| Employee Only: | Option 1: | $5,000 |
| | Option 2: | $10,000 |
| | Option 3: | $15,000 |
| | Option 4: | $20,000 |
| | Option 5: | $25,000 |
| | Option 6: | $30,000 |
| | Option 7: | $35,000 |
| | Option 8: | $40,000 |
| | Option 9: | $45,000 |
| | Option 10: | $50,000 |
| Retiree Only: | Option 1: | $5,000 |
| | Option 2: | $10,000 |
| | Option 3: | $15,000 |
| | Option 4: | $20,000 |
| | Option 5: | $25,000 |

In no event however will Your Basic Amount of Life Insurance be less than $5,000.

### Dependent Life Insurance Benefit
### Employee Only

### Basic Amount of Dependent Life Insurance
### Employee and Retiree

| | **Maximum Amount** |
|---|---|
| Spouse | $2,000 |
| Dependent Children: Age 15 day(s) but under age 6 month(s) | $100 |
| Dependent Children: Age 6 month(s) but under age 19 year(s) | $1,000 |

9

### Accidental Death and Dismemberment Benefit
### Employee Only

**Basic Principal Sum**

|  | **Maximum Amount** |
|---|---|
| Employee | Option 1: $5,000 |
| Only: | Option 2: $10,000 |
|  | Option 3: $15,000 |
|  | Option 4: $20,000 |
|  | Option 5: $25,000 |
|  | Option 6: $30,000 |
|  | Option 7: $35,000 |
|  | Option 8: $40,000 |
|  | Option 9: $45,000 |
|  | Option 10: $50,000 |

In no event however will Your Basic Principal Sum be less than $5,000.

### Additional Accidental Death and Dismemberment Benefits:
### Employee Only

### Seat Belt and Air Bag Coverage
Seat Belt Benefit Amount:
Percentage of AD&D Principal Sum: 10%
Maximum Amount: $10,000
Minimum Amount: $1,000

Air Bag Benefit Amount:
Percentage of AD&D Principal Sum: 5%
Maximum Amount: $5,000

### Repatriation Benefit
Percentage of AD&D Principal Sum: 5%
Maximum Amount: $5,000

### Child Education Benefit
Percentage of AD&D Principal Sum: 100%
Maximum Amount: $3,000
Minimum Benefit: $1,250

### Day Care Benefit
Percentage of AD&D Principal Sum: 2.5%
Maximum Amount: $2,500
Minimum Benefit: $1,250

### Rehabilitation Benefit
Percentage of AD&D Principal Sum: 2.5%
Maximum Amount: $2,500

### Spouse Education Benefit
Percentage of AD&D Principal Sum: 100%
Maximum Amount: $3,000
Minimum Benefit: $1,250

### Adaptive Home and Vehicle Benefit
Percentage of AD&D Principal Sum: 2.5%
Maximum Amount: $2,500

**Reduction in Amount of Life Insurance**

We will reduce the Amount of Life Insurance for You and Your Dependents by any Amount of Life Insurance in force, paid or payable:

1) in accordance with the Conversion Right; or
2) under the Prior Policy.

**Reduction in Coverage Due to Age**
**Employee Only**

We will reduce the Life Insurance Benefit and Principal Sum for You by the percentage indicated in the table below.  This reduction will be effective on the Policy Anniversary Date following the date You attain the ages shown below.  The reduction will apply to the Amount of Life Insurance and Principal Sum in force immediately prior to the first reduction made.

We will reduce the Life Insurance Benefit and Principal Sum for You by 35% on the Policy Anniversary Date following the date You attain age 70, and by 50% when You attain age 75. The reduction will apply to the Amount of Life Insurance and Principal Sum in force immediately prior to the first reduction made. The reduced amount of coverage will be rounded to the next higher multiple of $1,000, if not already a multiple of $1,000.  An appropriate adjustment in premium will be made.

Reductions also apply if:

1) You become covered under The Policy; or
2) Your coverage increases;

on or after the date You attain age 70 .

# ELIGIBILITY AND ENROLLMENT

**Eligible Persons:**  *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**Eligibility for Coverage:**  *When will I become eligible?*
You will become eligible for coverage on the latest of:

1) the Participating Employer Effective Date;
2) the date You become a member of an Eligible Class; or
3) the date You complete the Eligibility Waiting Period for Coverage shown in the Schedule of Insurance, if applicable.

You are eligible for Retiree coverage on the later of:

1) the date You meet the definition of Retiree; or
2) the Participating Employer Effective Date.

**Eligibility for Dependent Coverage:**  *When will I become eligible for Dependent Coverage?*
You will become eligible for Dependent coverage on the later of:

1) the date You become insured for employee coverage; or
2) the date You acquire Your first Dependent.

You may not elect coverage for Your Dependent if such Dependent is covered as an employee under The Policy.  No person can be insured as a Dependent of more than one employee under The Policy.

**Enrollment:**  *How do I enroll for coverage?*
For Non-Contributory Coverage, Your Employer will automatically enroll You and Your Dependents for coverage.  However, You will be required to complete a beneficiary designation form.

# PERIOD OF COVERAGE

**Effective Date:** *When does my coverage start?*
Coverage will start on the date You become eligible.

All Effective Dates of coverage are subject to the Deferred Effective Date provision.

**Deferred Effective Date:** *When will my effective date for coverage or a change in my coverage be deferred?*
With respect to Active Employees, if, on the date You are to become covered:
1) under The Policy;
2) for increased benefits; or
3) for a new benefit;
You are not Actively at Work due to a physical or mental condition, such coverage will not start until the date You are Actively at Work.

With respect to Retirees, if, on the date You are to become covered:
1) for increased benefits; or
2) for a new benefit;
You are:
1) confined in a hospital; or
2) Confined Elsewhere;
such coverage will not start until You:
1) are discharged from the hospital; or
2) are no longer Confined Elsewhere;
and have engaged in all the normal and customary activities of a person of like age and gender, in good health, for at least 15 consecutive days.

**Confined Elsewhere** means You are unable to perform, unaided, the normal functions of daily living, or leave home or other place of residence without assistance.

**Continuity from a Prior Policy:** *Is there Continuity of Coverage from a Prior Policy?Not Applicable To Retirees*
Your initial coverage under The Policy will begin, and will not be deferred if on the day before the Participating Employer Effective Date, You were insured under the Prior Policy, but on the Participating Employer Effective Date, You were not Actively at Work, and would otherwise meet the Eligibility requirements of The Policy. However, Your Amount of Insurance will be the lesser of the amount of life insurance and Accidental Death and Dismemberment Principal Sum:
1) You had under the Prior Policy; or
2) shown in the Schedule of Insurance;
reduced by any coverage amount:
1) that is in force, paid or payable under the Prior Policy; or
2) that would have been so payable under the Prior Policy had timely election been made.

Such amount of insurance under this provision is subject to any reductions in The Policy and will not increase.

Coverage provided through this provision ends on the first to occur of:
1) the last day of a period of 12 consecutive months after the Participating Employer Effective Date;
2) the date Your insurance terminates for any reason shown under the Termination provision;
3) the last day You would have been covered under the Prior Policy, had the Prior Policy not terminated; or
4) the date You are Actively at Work.
However, if the coverage provided through this provision ends because You are Actively at Work, You may be covered as an Active Employee under The Policy.

**Dependent Effective Date:** *When does Dependent coverage start?*
Coverage will start on the date You become eligible for Dependent coverage.

In no event will Dependent coverage become effective before You become insured.

**Dependent Deferred Effective Date:** *When will the effective date for Dependent coverage or a change in coverage be deferred?*
If on the date Your Dependent is to become covered:
1) under The Policy;
2) for increased benefits; or
3) for a new benefit;

12

he or she is:
1) confined in a hospital; or
2) Confined Elsewhere;

such coverage will not start until he or she:
1) is discharged from the hospital; or
2) is no longer Confined Elsewhere;

and has engaged in all the normal and customary activities of a person of like age and gender, in good health, for at least 15 consecutive days.

This Deferred Effective Date provision will not apply to disabled children who qualify under the definition of Dependent Children.

**Confined Elsewhere** means Your Dependent is unable to perform, unaided, the normal functions of daily living, or leave home or other place of residence without assistance.

**Dependent Continuity from a Prior Policy:** *Is there Continuity of Coverage from a Prior Policy for my Dependents?*
If on the day before the Participating Employer Effective Date, You were covered with respect to Your Dependents under the Prior Policy, the Deferred Effective Date provision will not apply to initial coverage under The Policy for such Dependents. However, the Dependent Amount of Insurance will be the lesser of the Amount of Life Insurance:
1) they had under the Prior Policy; or
2) shown in the Schedule of Insurance;

reduced by any coverage amount:
1) that is in force, paid or payable under the Prior Policy; or
2) that would have been so payable under the Prior Policy had timely election been made.

**Termination:** *When will my coverage end?*
Your coverage will end on the earliest of the following:
1) the last day of the month following the date The Policy terminates;
2) the last day of the month following the date You are no longer in a class eligible for coverage, or The Policy no longer insures Your class;
3) the last day of the month following the date the premium payment is due but not paid;
4) the last day of the month following the date Your Employer terminates Your employment;
5) the last day of the month following the date You are no longer Actively at Work; or
6) the last day of the month following the dateYour Employer ceases to be a Participating Employer;

unless continued in accordance with any of the Continuation Provisions.

**Dependent Termination:** *When does coverage for my Dependent end?*
Coverage for Your Dependent will end on the earliest to occur of:
1) the last day of the month following the date Your coverage ends;
2) the last day of the month following the date the required premium is due but not paid;
3) the last day of the month following the date You are no longer eligible for Dependent coverage;
4) the last day of the month following the date We or the Employer terminate Dependent coverage; or
5) the last day of the month following the date the Dependent no longer meets the definition of Dependent;

unless continued in accordance with the continuation provisions.
unless continued in accordance with the continuation provisions.

**Continuation Provisions:** *Can my coverage and coverage for my Dependents be continued beyond the date it would otherwise terminate?*
Coverage can be continued by Your Employer beyond a date shown in the Termination provision, if Your Employer provides a plan of continuation which applies to all employees the same way. Coverage may not be continued under more than one Continuation Provision.

The amount of continued coverage applicable to You or Your Dependents will be the amount of coverage in effect on the date immediately before coverage would otherwise have ended. Continued coverage:
1) is subject to any reductions in The Policy;
2) is subject to payment of premium;
3) may be continued up to the maximum time shown in the provisions; and
4) terminates if:
   a) The Policy terminates;
   b) Your Employer ceases to be a Participating Employer; or

13

In no event will the amount of insurance increase while coverage is continued in accordance with the following provisions.

In all other respects, the terms of Your coverage and coverage for Your Dependents remain unchanged.

Leave of Absence:  If You are on a documented leave of absence, other than Family and Medical Leave or Military Leave of Absence, Your coverage (including Dependent Life coverage) may be continued for 3 month(s) after the month in which the leave of absence commenced.  If the leave terminates prior to the agreed upon date, this continuation will cease immediately.

Military Leave of Absence:  If You enter active military service and are granted a military leave of absence in writing, Your coverage (including Dependent Life coverage) may be continued for up to 12 week(s).  If the leave ends prior to the agreed upon date, this continuation will cease immediately.

Lay Off:  If You are temporarily laid off by the Employer due to lack of work, Your coverage (including Dependent Life coverage) may be continued for 3 month(s).  If the lay-off becomes permanent, this continuation will cease immediately.

Status Change:  If You are:
1)  employed by the Policyholder; and
2)  no longer in an Eligible Class due to a reduction in the number of scheduled hours You work;
Your coverage (including Dependent Life coverage) may be continued until the last day of the third consecutive month after the month in which Your scheduled hours were reduced.

Disability Insurance:  If You are working for the Policyholder and:
1)  are covered by; and
2)  meet the definition of disabled under;
a Group Disability Insurance Policy, issued by Us to Your Employer, Your coverage (including Dependent Life coverage) may be continued until the last day of the 12th month after the month in which You became disabled, as defined in the Group Disability Insurance Policy.

Sickness or Injury:  If You are not Actively at Work due to sickness or injury, all of Your coverages (including Dependent Life coverage) may be continued:
1)  for a period of 12 consecutive month(s) from the date You were last Actively at Work; or
2)  if such absence results in a leave of absence in accordance with state and/or federal family and medical leave laws, then the combined continuation period will not exceed 12 consecutive month(s).

Family Medical Leave:  If You are granted a leave of absence, in writing, according to the Family and Medical Leave Act of 1993, or other applicable state or local law, Your coverage(s) (including Dependent Life coverage) may be continued for up to 12 weeks, or 26 weeks if You qualify for Family Military Leave, or longer if required by other applicable law, following the date Your leave commenced. If the leave of absence terminates prior to the agreed upon date, this continuation will cease immediately.

**Continuation for Dependent Child(ren) with Disabilities:**  *Will coverage for Dependent Children with disabilities be continued?*
If Your Dependent Child(ren) reach the age at which they would otherwise cease to be a Dependent as defined, and they are:
1)  age 19 or older; and
2)  disabled; and
3)  primarily dependent upon You for financial support;
then Dependent Child(ren) coverage will not terminate solely due to age. However:
1)  You must submit proof satisfactory to Us of such Dependent Child(ren)'s disability within 31 days of the date he or she reaches such age; and
2)  such Dependent Child(ren) must have become disabled before attaining age 19.

Coverage under The Policy will continue as long as:
1)  You remain insured;
2)  the child continues to meet the required conditions; and
3)  any required premium is paid when due.
However, no increase in the Amount of Life Insurance for such Dependent Children will be available.

We have the right to require proof, satisfactory to Us, as often as necessary during the first two years of continuation, that the child continues to meet these conditions. We will not require proof more often than once a year after that.

**Waiver of Premium:** *Does coverage continue if I am Disabled? Not applicable to Retirees*
Waiver of Premium is a provision which allows You to continue Your and Your Dependent's Life Insurance coverage without paying premium, while You are Disabled and qualify for Waiver of Premium.

If You qualify for Waiver of Premium, the amount of continued coverage:
1) will be the amount in force on the date You cease to be an Active Employee;
2) will be subject to any reductions provided by The Policy; and
3) will not increase.

**Eligible Coverages:** *What coverages are eligible under this provision?*
This provision applies only to:
1) Your Basic Life Insurance;
2) Your Supplemental Life Insurance;
3) Your Accidental Death and Dismemberment coverage; and
4) Dependent Life Insurance.

**Disabled:** *What does Disabled mean?*
Disabled means You are prevented by injury or sickness from doing any work for which You are, or could become, qualified by:
1) education;
2) training; or
3) experience.
In addition, You will be considered Disabled if You have been diagnosed with a life expectancy of 12 months or less.

**Conditions for Qualification:** *What conditions must I satisfy before I qualify for this provision?*
To qualify for Waiver of Premium You must:
1) be covered under The Policy and be under age 65 when You become Disabled;
2) be Disabled and provide Proof of Loss that You have been Disabled for 9 consecutive months, starting on the date You were last Actively at Work; and
3) provide such proof within one year of Your last day of work as an Active Employee.

In any event, You must have been Actively at Work under The Policy to qualify for Waiver of Premium.

**When Premiums are Waived:** *When will premiums be waived?*
If We approve Waiver of Premium, We will notify You of the date We will begin to waive premium. In any case, We will not waive premiums for the first 9 month(s) You are Disabled. We have the right to:
1) require Proof of Loss that You are Disabled; and
2) have You examined at reasonable intervals during the first 2 years after receiving initial Proof of Loss, but not more than once a year after that.
If You fail to submit any required Proof of Loss or refuse to be examined as required by Us, then Waiver of Premium ceases.

However, if We deny Your application for Waiver of Premium, You may be eligible to convert coverage in accordance with the Conversion Right for You and Your Dependents.

If You cease to be Disabled and return to work for a total of 5 days or less during the first 9 month(s) that You are Disabled, the 9 month(s) waiting period will not be interrupted. Except for the 5 days or less that You worked, You must be Disabled by the same condition for the total 9 month(s) period. If You return to work for more than 5 days, You must satisfy a new waiting period.

**Benefit Payable before Approval of Waiver of Premium:** *What if I die or my Dependent dies before I qualify for Waiver of Premium?*
If You or Your Dependent die within one year of Your last day of work as an Active Employee, but before You qualify for Waiver of Premium, We will pay the Amount of Life Insurance which is in force for the deceased person provided:
1) You were continuously Disabled;
2) the Disability lasted or would have lasted 9 month(s) or more; and
3) premiums had been paid for coverage.

15

**Waiver Ceases:** *When will Waiver of Premium cease?*
We will waive premium payments and continue Your coverage, while You remain Disabled, until the date You attain age 65 if Disabled prior to age 65.

We will waive premium payments for Your Dependent Life Insurance and continue such coverage, while You remain Disabled, until the earliest of the date:
1) You die;
2) You no longer qualify for Waiver of Premium;
3) The Policy terminates or Your Employer ceases to be a Participating Employer;
4) Your Dependents are no longer in an Eligible Class, or Dependent coverage is no longer offered; or
5) Your Dependent no longer meets the definition of Dependent.

*What happens when Waiver of Premium ceases?*
When the Waiver of Premium ceases:
1) if You return to work in an Eligible Class, as an Active Employee, then You may again be eligible for coverage for Yourself and Your Dependents as long as premiums are paid when due; or
2) if You do not return to work in an Eligible Class, coverage will end and You may be eligible to exercise the Conversion Right for You and Your Dependents if You do so within the time limits described in such provision. The Amount of Life Insurance that may be converted will be subject to the terms and conditions of the Conversion Right.

**Effect of Policy Termination:** *What happens to the Waiver of Premium if The Policy terminates?*
If The Policy terminates or Your Employer ceases to be a Participating Employer before You qualify for Waiver of Premium:
1) You may be eligible to exercise the Conversion Right, provided You do so within the time limits described in such provision; and
2) You may still be approved for Waiver of Premium if You qualify.

If The Policy terminates or Your Employer ceases to be a Participating Employer after You qualify for Waiver of Premium:
1) Your Dependent coverage will terminate; and
2) Your coverage under the terms of this provision will not be affected.

# BENEFITS

**Life Insurance Benefit:** *When is the Life Insurance Benefit payable?*
If You or Your Dependents die while covered under The Policy, We will pay the deceased person's Life Insurance Benefit after We receive Proof of Loss, in accordance with the Proof of Loss provision.

The Life Insurance Benefit will be paid according to the General Provisions of The Policy.

**Accelerated Benefit:** *What is the benefit? This benefit is not available for Retirees.*
In the event that You are diagnosed as Terminally Ill while You are:
1) covered under The Policy for an Amount of Life Insurance of at least $10,000; and
2) under age 60;
We will pay the Accelerated Benefit amount as shown below, provided We receive proof of such Terminal Illness.

You must request in writing that a portion of Your Amount of Life Insurance be paid as an Accelerated Benefit.

The Amount of Life Insurance payable upon Your death will be reduced by any Accelerated Benefit Amount paid under this benefit.

You may request a minimum Accelerated Benefit amount of $3,000, and a maximum of $500,000. However, in no event will the Accelerated Benefit Amount exceed 80% of Your Amount of Life Insurance. This option may be exercised only once.

For example, if You are covered for a Life Insurance Benefit Amount under The Policy of $20,000 and are Terminally Ill, You can request any portion of the Amount of Life Insurance Benefits from $3,000 to $16,000 to be paid now instead of to

Your beneficiary upon death.  However, if You decide to request only $3,000 now, You cannot request the additional $13,000 in the future.

A person who submits proof satisfactory to Us of his or her Terminal Illness will also meet the definition of Disabled for Waiver of Premium.

In the event:
1)  You are required by law to accelerate benefits to meet the claims of creditors; or
2)  if a government agency requires You to apply for benefits to qualify for a government benefit or entitlement;
You will still be required to satisfy all the terms and conditions herein in order to receive an Accelerated Benefit.

If You have executed an Assignment of rights and interest with respect to Your Amount of Life Insurance, in order to receive the Accelerated Benefit, We must receive a release from the assignee before any benefits are payable.

**Terminal Illness or Terminally Ill** means a life expectancy of 12 months or less.

**Proof of Terminal Illness and Examinations:**  *Must proof of Terminal Illness be submitted?*
We reserve the right to require satisfactory Proof of Terminal Illness on an ongoing basis.  Any diagnosis submitted must be provided by a Physician.

If You do not submit proof of Terminal Illness satisfactory to Us, or if You refuse to be examined by a Physician, as We may require, then We will not pay an Accelerated Benefit.

**No Longer Terminally Ill:**  *What happens to my coverage if I am no longer Terminally Ill?*
If You are diagnosed by a Physician as no longer Terminally Ill and:
1)  return to an Eligible Class, coverage will remain in force, provided premium is paid;
2)  do not return to an Eligible Class, but You continue to meet the definition of Disabled, coverage will remain in force, subject to the Waiver of Premium provision; or
3)  are not in an Eligible Class, but You do not continue to meet the definition of Disabled, coverage will end and You may be eligible to exercise the Conversion Right, if You do so within the time limits described in such provision.
In any event, the amount of coverage will be reduced by the Accelerated Benefit paid.


**Conversion Right:**  *If coverage under The Policy ends, do I have a right to convert?*
If Life Insurance coverage or any portion of it under The Policy ends for any reason, You and Your Dependents may have the right to convert the coverage that terminated to an individual conversion policy without providing Evidence of Insurability.  Conversion is not available for:
1)  the Accidental Death and Dismemberment Benefits; or
2)  any Amount of Life Insurance for which You or Your Dependents were not eligible and covered;
under The Policy.

If coverage under The Policy ends because:
1)  The Policy is terminated; or
2)  Coverage for an Eligible Class is terminated; or
3)  Your Employer is no longer a Participating Employer;
then You or Your Dependent must have been insured under The Policy for 3 years or more, in order to be eligible to convert coverage.  The amount which may be converted under these circumstances is limited to the lesser of:
1)  $10,000; or
2)  the Life Insurance Benefit under The Policy less any Amount of Life Insurance for which You or Your Dependent may become eligible under any group life insurance policy issued or reinstated within 31 days of termination of group life coverage.

If coverage under The Policy ends for any other reason, the full amount of coverage which ended may be converted.

**Insurer,** as used in this provision, means Us or another insurance company which has agreed to issue conversion policies according to this Conversion Right.

**Conversion:**  *How do I convert my coverage or coverage for my Dependents?*
To convert Your coverage or coverage for Your Dependents, You must:

    1)   complete a Notice of Conversion Right form; and
    2)   have your Employer sign the form.
The Insurer must receive this within:
    1)   31 days after Life Insurance terminates; or
    2)   15 days from the date Your Employer signs the form;
whichever is later. However, We will not accept requests for Conversion if they are received more than 91 days after Life Insurance terminates.

After the Insurer verifies eligibility for coverage, the Insurer will send You a Conversion Policy proposal. You must:
    1)   complete and return the request form in the proposal; and
    2)   pay the required premium for coverage;
within the time period specified in the proposal.

Any individual policy issued to You or Your Dependents under the Conversion Right:
    1)   will be effective as of the 32nd day after the date coverage ends; and
    2)   will be in lieu of coverage for this amount under The Policy.

**Conversion Policy Provisions:** *What are the Conversion Policy provisions?*
The Conversion Policy will:
    1)   be issued on one of the Life Insurance policy forms the Insurer is issuing for this purpose at the time of conversion; and
    2)   base premiums on the Insurer's rates in effect for new applicants of Your class and age at the time of conversion.

However, Conversion is not available for any Amount of Life Insurance which was, or is being, continued:
    1)   in accordance with the Waiver of Premium provision; or
    2)   in accordance with the Continuation Provisions;
until such coverage ends.

**Death within the Conversion Period:** *What if I or my Dependents die before coverage is converted?*
We will pay the deceased person's Amount of Life Insurance You would have had the right to apply for under this provision if:
    1)   coverage under The Policy terminates;
    2)   You or Your Dependent die within 31 days of date coverage terminates; and
    3)   We receive Proof of Loss.

If the Conversion Policy has already taken effect, no Life Insurance Benefit will be payable under The Policy for the amount converted.

**Accidental Death and Dismemberment Benefit:** *When is the Accidental Death and Dismemberment Benefit payable? This benefit is not available for Retirees.*
If You sustain an Injury which results in any of the following Losses within 365 days of the date of accident, We will pay Your amount of Principal Sum, or a portion of such Principal Sum, as shown opposite the Loss after We receive Proof of Loss, in accordance with the Proof of Loss provision.

This Benefit will be paid according to the General Provisions of The Policy.

We will not pay more than the Principal Sum to any one person, for all Losses due to the same accident. Your amount of Principal Sum is shown in the Schedule of Insurance.

| For Loss of: | Benefit: |
|---|---|
| Life...................................................................................... | Principal Sum |
| Both Hands or Both Feet or Sight of Both Eyes............................................ | Principal Sum |
| One Hand and One Foot.................................................................. | Principal Sum |
| Speech and Hearing in Both Ears........................................................ | Principal Sum |
| Either Hand or Foot and Sight of One Eye................................................ | Principal Sum |
| Movement of Both Upper and Lower Limbs (Quadriplegia).................................. | Principal Sum |
| Movement of Both Lower Limbs (Paraplegia)................... | Three-Quarters of Principal Sum |
| Movement of Three Limbs (Triplegia)............................. | Three-Quarters of Principal Sum |
| Movement of the Upper and Lower Limbs of One Side of the Body (Hemiplegia)..................................... | One-Half of Principal Sum |

18

Either Hand or Foot…………………………………………......One-Half of Principal Sum
Sight of One Eye…………………………………………………One-Half of Principal Sum
Speech or Hearing in Both Ears……………………………….One-Half of Principal Sum
Movement of One Limb (Uniplegia)……………………………One-Quarter of Principal Sum
Thumb and Index Finger of Either Hand…………………………One-Quarter of Principal Sum

**Loss** means with regard to:
1) hands and feet, actual severance through or above wrist or ankle joints;
2) sight, speech and hearing, entire and irrecoverable loss thereof;
3) thumb and index finger, actual severance through or above the metacarpophalangeal joints; or
4) movement, complete and irreversible paralysis of such limbs.

**Seat Belt and Air Bag Benefit:** *When is the Seat Belt and Air Bag Benefit payable?  This benefit is not available for Retirees.*
If You sustain an Injury which results in a Loss payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Seat Belt and Air Bag Benefit if the Injury occurred while You were:
1) a passenger riding in; or
2) the licensed operator of;
a properly registered Motor Vehicle and was wearing a Seat Belt at the time of the Accident as verified on the police accident report.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

If a Seat Belt Benefit is payable, We will also pay an Air Bag Benefit if You were:
1) positioned in a seat equipped with a factory-installed Air Bag; and
2) properly strapped in the Seat Belt when the Air Bag inflated.

The Seat Belt Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Seat Belt Benefit Percentage; or
2) the Maximum Amount for this Benefit.

The Air Bag Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Air Bag Benefit Percentage; or
2) the Maximum Amount for this Benefit.

If it cannot be determined that You were wearing a Seat Belt at the time of Accident, a Minimum Benefit will be payable under the Seat Belt Benefit.

**Accident**, for the purpose of this Benefit only**,** means the unintentional collision of a Motor Vehicle during which You were wearing a Seat Belt.

**Air Bag** means an inflatable supplemental passive restraint system installed by the manufacturer of the Motor Vehicle or its proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications that inflates upon collision to protect an individual from Injury and death.  An Air Bag is not considered a Seat Belt.

**Seat Belt** means:
1) an unaltered belt, lap restraint, or lap and shoulder restraint installed by the manufacturer of the Motor Vehicle, or proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications; or
2) a child restraint device that meets the standards of the National Safety Council and is properly secured and used in accordance with applicable state law and installed according to the recommendations of its manufacturer for children of like age and weight.

The Seat Belt and Air Bag Benefit will not be payable if You are operating the Motor Vehicle at the time of Injury while:
1) Intoxicated; or
2) taking drugs, including but not limited to sedatives, narcotics, barbiturates, amphetamines, or hallucinogens, unless as prescribed by or administered by a Physician.

**Intoxicated** means:

1)   the blood alcohol content;
2)   the results of other means of testing blood alcohol level; or
3)   the results of other means of testing other substances;

that meet or exceed the legal presumption of intoxication, or under the influence, under the law of the state where the accident occurred.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Repatriation Benefit:** *When is the Repatriation Benefit payable?  This benefit is not available for Retirees.*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Repatriation Benefit, if the death occurs outside the territorial limits of the state or country of Your place of permanent residence.

This Benefit will be paid:
1)   after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2)   according to the General Provisions of The Policy.

The Repatriation Benefit will pay the least of:
1)   the actual expenses incurred for:
    a)   preparation of the body for burial or cremation; and
    b)   transportation of the body to the place of burial or cremation;
2)   the amount resulting from multiplying Your amount of Principal Sum by the Repatriation Benefit Percentage; or
3)   the Maximum Amount for this Benefit.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Child Education Benefit:** *When is the Child Education Benefit payable?  This benefit is not available for Retirees.*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Child Education Benefit to Your Dependent Child(ren).

This Benefit will be paid:
1)   after We receive proof that your Dependent Child(ren) qualify as a Student, as defined in this Benefit; and
2)   according to the General Provisions of The Policy.

If You die, the Child Education Benefit provides an annual amount equal to the lesser of:
1)   the amount resulting from multiplying Your Principal Sum by the Child Education Percentage; or
2)   the Maximum Amount for this Benefit.

The Child Education Benefit is payable to each of Your Dependent Child(ren):
1)   on the date; and
2)   for whom;
We have received proof satisfactory to Us that he or she is a Student.

If he or she is a minor, We will pay the benefit to the Student's legal guardian.

We will pay the Child Education Benefit to a qualifying Student until the first to occur of:
1)   Our payment of the fourth Child Education Benefit to or on behalf of that person; or
2)   the end of the 12th consecutive month during which We have not received proof satisfactory to Us that he or she is a Student.

We will not pay more than one Child Education Benefit to any one Student during any one school year.

We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision of The Policy if:
1)   a Principal Sum is payable because of Your death; and
2)   no person qualifies as a Student.

**Student** means Your Dependent Child(ren) who is covered on the date of Your death and:
1)   is a full-time (at least 12 course credit hours per semester) post-high school student at an accredited institution of learning on the date of Your death; or

   2) became a full-time (at least 12 course credit hours per semester) post-high school student at an accredited institution of learning within 365 days after Your death and was a student in the 12th grade on the date of Your death.

If the institution establishes full-time status in any other manner, We reserve the right to determine whether the student qualifies as a Student.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Day Care Benefit:** *When is the Day Care Benefit payable? This benefit is not available for Retirees.*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Day Care Benefit for each of your Children if such Child is under age 7 at the time of Your death.

This Benefit will be paid:
   1) after We receive proof of enrollment in a Day Care Program as described in this Benefit; and
   2) according to the General Provisions of The Policy.

We will make one Day Care Benefit payment each year, for a maximum of 4 Day Care Benefit payments, for each Child. The Benefit will be paid to the person who has primary responsibility for the Child's Day Care expenses.

Proof of enrollment satisfactory to Us for each Child in a Day Care Program includes, but will not be limited to, the following:
   1) a copy of the Child's approved enrollment application in a Day Care Program;
   2) cancelled check(s) evidencing payment to a Day Care facility or Day Care provider;
   3) a letter from the Day Care facility or Day Care provider stating that the Child:
      a) is attending a Day Care Program; or
      b) has been enrolled in a Day Care Program and will be attending within 365 days of the date of the death.
Proof of enrollment must be sent to Us prior to the last day of the 12th month following the date of death.

If you die, the Day Care Benefit provides an annual amount equal to the lesser of:
   1) the amount resulting from multiplying Your Principal sum by the Day Care Benefit Percentage; or
   2) the Maximum Amount for this Benefit.

We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision for payment of benefits for Loss of life if:
   1) a Principal Sum is payable because of Your death; and
   2) no person qualifies as a Child eligible for the Day Care Benefit.

**Day Care or Day Care Program** means a program of child care which:
   1) is operated in a private home, school or other facility;
   2) provides, and makes a charge for, the care of children; and
   3) is licensed as a day care center or is operated by a licensed day care provider, if such licensing is required by the state or jurisdiction in which it is located; or
   4) if licensing is not required, provides childcare on a daily basis for 12 months a year.

**Child** means Your unmarried child, stepchild, legally adopted child, child in the process of adoption or foster child who is less than age 7 and primarily dependent on You for financial support and maintenance.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Rehabilitation Benefit:** *When is the Rehabilitation Benefit payable? This benefit is not available for Retirees.*
If You sustain an Injury which results in a Loss other than Loss of life, payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Rehabilitation Benefit for Rehabilitative Program Expenses Incurred within one (1) year of the date of accident.

This Benefit will be paid:
   1) after We receive proof of Expenses Incurred for a Rehabilitative Program, in accordance with the Proof of Loss provision; and
   2) according to the General Provisions of The Policy.

The Rehabilitation Benefit provides an amount equal to the least of:
1)   the actual Expense Incurred for a Rehabilitative Program;
2)   the amount resulting from multiplying Your amount of Principal Sum by the Rehabilitation Benefit Percentage; or
3)   the Maximum Amount for this Benefit.

**Rehabilitative Program** means any training which:
1)   is required due to Your Injury; and
2)   prepares You for an occupation for which you were not previously trained.

**Expense Incurred** means the actual cost of:
1)   training; and
2)   materials needed for the training.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Spouse Education Benefit:** *When is the Spouse Education Benefit payable? This benefit is not available for Retirees.*
If You sustain an Injury that results in a Loss of life, payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Spouse Education Benefit to Your surviving Spouse.

This Benefit will be paid:
1)   after We receive proof satisfactory to Us that the Spouse has enrolled in an Occupational Training program; and
2)   according to the General Provisions of The Policy.

The Spouse Education Benefit is the least of:
1)   the Expense incurred for Occupational Training;
2)   the amount resulting from multiplying Your Principal Sum by the Spouse Education Benefit Percentage; or
3)   the Maximum Amount for this Benefit.

If a Principal Sum is payable because of Your death and there is no surviving Spouse, We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision.

Your surviving Spouse must enroll in Occupational Training:
1)   for the purpose of obtaining an independent source of income; and
2)   within one (1) year of Your death.

**Occupational Training** means any:
1)   education;
2)   professional; or
3)   trade training;
program which prepares the Spouse for an occupation for which he or she was not previously qualified.

**Expense Incurred** means:
1)   the actual tuition charged, exclusive of room and board; and
2)   the actual cost of the materials needed;
for the Occupational Training.
The expense must be incurred within two (2) years of the date of Your death.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Adaptive Home and Vehicle Benefit:** *When is the Adaptive Home and Vehicle Benefit payable? This benefit is not available for Retirees.*
If You sustain an Injury that results in a Loss, other than a Loss of life, payable under the Accidental Death and Dismemberment Benefit, We will pay an additional Adaptive Home and Vehicle Benefit.

This Benefit will be paid:
1)   after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2)   according to the General Provisions of The Policy.

The Adaptive Home and Vehicle Benefit pays a benefit for the one-time cost of alterations to Your:
1)   principal residence; and/or

2)   private automobile;

to make the residence accessible and/or the private automobile drivable or rideable for him or her.  The costs must be incurred within two years from the date of accident.

We will pay the Adaptive Home and Vehicle Benefit if:
1)   such home alterations are:
    a)   made by a person or persons with experience in such alterations; and
    b)   recommended by a recognized organization associated with the Injury; and/or
2)   such vehicle modifications are:
    a)   carried out by a person or persons with experience in such matters; and
    b)   approved by the Department of Motor Vehicles.

The Adaptive Home and Vehicle Benefit will provide an amount equal to the least of:
1)   the actual cost of the alterations;
2)   the amount resulting from multiplying Your amount of Principal Sum by the Adaptive Home and Vehicle Benefit Percentage; or
3)   the Maximum Amount for this Benefit.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


# EXCLUSIONS


**Exclusions:**  (applicable to all benefits except the Life Insurance, Accelerated Benefit): *What losses are not covered?*
The Policy does not cover any loss caused or contributed to by:
1)   intentionally self-inflicted Injury;
2)   suicide or attempted suicide, whether sane or insane;
3)   war or act of war, whether declared or not;
4)   Injury sustained while on full-time active duty as a member of the armed forces (land, water, air) of any country or international authority;
5)   Injury sustained while taking drugs, including but not limited to sedatives, narcotics, barbiturates, amphetamines, or hallucinogens, unless as prescribed by or administered by a Physician;
6)   Injury sustained while committing or attempting to commit a felony; or
7)   Injury sustained while voluntarily Intoxicated.

**Intoxicated** means:
1)   the blood alcohol content;
2)   the results of other means of testing blood alcohol level; or
3)   the results of other means of testing other substances;
that meet or exceed the legal presumption of intoxication, or under the influence, under the law of the state where the accident occurred.


# GENERAL PROVISIONS


**Notice of Claim:**  *When should I notify the Company of a claim?*
You, or the person who has the right to claim benefits, must give Us, written notice of a claim within 30 days after:
1)   the date of death; or
2)   the date of loss.

If notice cannot be given within that time, it must be given as soon as reasonably possible after that. Such notice must include the claimant's name, address and the Participating Employer Account Number.

**Claim Forms:** *Are special forms required to file a claim?*
We will send forms to the claimant to provide Proof of Loss, within 15 days of receiving a Notice of Claim. If We do not send the forms within 15 days, the claimant may submit any other written proof which fully describes the nature and extent of the claim.

**Proof of Loss:** *What is Proof of Loss?*
Proof of Loss may include, but is not limited to, the following:
  1) a completed claim form;
  2) a certified copy of the death certificate (if applicable);
  3) Your Beneficiary Designation (if applicable);
  4) documentation of:
     a) the date Your Disability began;
     b) the cause of Your Disability; and
     c) the prognosis of Your Disability;
  5) any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
  6) the names and addresses of all:
     a) Physicians or other qualified medical professionals You have consulted;
     b) hospitals or other medical facilities in which You have been treated; and
     c) pharmacies which have filled Your prescriptions within the past three years;
  7) Your signed authorization for Us to obtain and release medical, employment and financial information (if applicable); or
  8) Any additional information required by Us to adjudicate the claim.
All proof submitted must be satisfactory to Us.

**Sending Proof of Loss:** *When must Proof of Loss be given?*
Written Proof of Loss:
  1) with respect to the Life Insurance Benefits, should be sent within 90 day(s); and
  2) with respect to the Accidental Death and Dismemberment Benefits, must be sent within 90 day(s);
after the loss. All Proof of Loss should be sent to Us. However, all claims should be submitted to Us within 90 day(s) of the date coverage ends.

If proof is not given by the time it is due, it will not affect the claim if:
  1) it was not possible to give proof within the required time; and
  2) proof is given as soon as possible; but
  3) not later than 1 year after it is due unless You, or the person who has the right to claim benefits, are not legally competent.

**Physical Examination and Autopsy:** *Can We have a claimant examined or request an autopsy?*
While a claim is pending We have the right at Our expense:
  1) to have the person who has a claim examined by a Physician when and as often as We reasonably require; and
  2) to have an autopsy performed in case of death where it is not forbidden by law.

**Claim Payment:** *When are benefit payments issued?*
When We determine that benefits are payable, We will pay the benefits in accordance with the Claims to be Paid provision, but not more than 30 day(s) after such Proof of Loss is received.

Claims payable for loss of life will be paid within 60 days of the date due proof is received. If the claim is paid more than 30 days after the date due proof is received, the amount payable will include interest. Interest will be paid at the discount rate, on 90-day commercial paper, in effect at the Federal Reserve Bank in the Ninth Federal Reserve District on the date due proof is received.

**Claims to be Paid:** *To whom will benefits for my claim be paid?*
Life Insurance Benefits and benefits for loss of life under the Accidental Death and Dismemberment Benefits will be paid in accordance with the life insurance Beneficiary Designation.

If no beneficiary is named, or if no named beneficiary survives You, We may, at Our option, pay:

1) the executors or administrators of Your estate; or
2) all to Your surviving Spouse; or
3) if Your Spouse does not survive You, in equal shares to Your surviving Children; or
4) if no child survives You, in equal shares to Your surviving parents.

In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $500 to any person equitably entitled to payment because of expenses from Your burial. Payment to any person, as shown above, will release Us from liability for the amount paid.

If any beneficiary is a minor, We may pay his or her share, until a legal guardian of the minor's estate is appointed, to a person who at Our option and in Our opinion is providing financial support and maintenance for the minor.  We will pay:
1) $200 at Your death; and
2) monthly installments of not more than $200.
Payment to any person as shown above will release Us from all further liability for the amount paid.

We will pay the Life Insurance Benefit at Your Dependents' death to You, if living.  Otherwise, it will be paid, at Our option, to Your surviving Spouse or the executor or administrator of Your estate.

If benefits are payable and meet Our guidelines, then We may pay benefits into a draft book account (checking account) which will be owned by:
1) You, if living; or
2) Your beneficiary, in the event of Your death.

The account owner may elect a lump sum payment by writing a check for the full amount in the account. However, an account will not be established for a benefit payable to Your estate.

We will make any payments, other than for loss of life, to You.  We may make any such payments owed at Your death to Your estate.  If any payment is owed to:
1) Your estate;
2) a person who is a minor; or
3) a person who is not legally competent,
then We may pay up to $1,000 to a person who is related to You and who, at Our sole discretion, is entitled to it.  Any such payment shall fulfill Our responsibility for the amount paid.

**Beneficiary Designation:**  *How do I designate or change my beneficiary?*
You may designate or change a beneficiary by doing so in writing on a form satisfactory to Us and filing the form with the Employer.  Only satisfactory forms sent to the Employer prior to Your death will be accepted.

Beneficiary designations will become effective as of the date You signed and dated the form, even if You have since died. We will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a Power of Attorney.

**Claim Denial:**  *What notification will my Beneficiary or I receive if a claim is denied?*
If a claim for benefits is wholly or partly denied, You or Your Beneficiary will be furnished with written notification of the decision. This written notification will:
1) give the specific reason(s) for the denial;
2) make specific reference to the provisions on which the denial is based;
3) provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
4) provide an explanation of the review procedure.

**Claim Appeal:**  *What recourse do my Beneficiary or I have if a claim is denied?*
On any claim, the claimant or his or her representative may appeal to Us for a full and fair review.  To do so, he or she:
1) must request a review upon written application within:
   a) 180 days of receipt of claim denial if the claim requires Us to make a determination of disability; or
   b) 60 days of receipt of claim denial if the claim does not require Us to make a determination of disability; and
2) may request copies of all documents, records, and other information relevant to the claim; and
3) may submit written comments, documents, records and other information relating to the claim.

We will respond in writing with Our final decision on the claim.

**Payable Interest:** *Is interest payable on death claims?*
Claims payable for loss of life will be paid within 60 days of the date due proof is received.  If the claim is paid more than 30 days after the date due proof is received, the amount payable will include interest.  Interest will be paid at the discount rate, on 90-day commercial paper, in effect at the Federal Reserve Bank in the Ninth Federal Reserve District on the date due proof is received.

**Policy Interpretation:** *Who interprets the terms and conditions of The Policy?*
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of The Policy.  This provision applies where the interpretation of The Policy is governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA).

**Incontestability:** *When can The Policy be contested?*
Except for non-payment of premiums, the Life Insurance Benefit of The Policy cannot be contested after two years from the Policyholder Effective Date.  This provision does not apply to the Accidental Death and Dismemberment benefit(s).

In the absence of Fraud, no statement made by You  relating to Your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during Your lifetime.  In order to be used, the statement must be in writing and signed by You.

No statement made relating to Your Dependents being insurable will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during the Dependent's lifetime.  In order to be used, the statement must be in writing and signed by You or Your representative.

**Assignment:** *Are there any rights of assignment?*
Except for the dismemberment benefits under the Accidental Death and Dismemberment Benefit, You have the right to absolutely assign Your rights and interest under The Policy including, but not limited to the following:
1) the right to make any contributions required to keep the insurance in force;
2) the right to convert; and
3) the right to name and change a beneficiary.

We will recognize any absolute assignment made by You under The Policy, provided:
1) it is duly executed; and
2) a copy is acknowledged and on file with Us.

We and the Policyholder assume no responsibility:
1) for the validity or effect of any assignment; or
2) to provide any assignee with notices which We may be obligated to provide to You.

You do not have the right to collaterally assign Your rights and interest under The Policy.

**Legal Actions:** *When can legal action be taken against Us?*
Legal action cannot be taken against Us:
1) sooner than 60 days after the date Proof of Loss is furnished; or
2) more than 3 years after the date Proof of Loss is required to be furnished according to the terms of The Policy.

**Workers' Compensation:** *How does The Policy affect Workers' Compensation coverage?*
The Policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Insurance Fraud:** *How does the Company deal with fraud?*
Insurance fraud occurs when You, Your Dependents and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us.  It is a crime if You, Your Dependents and/or Your Employer commit insurance fraud.  We will use all means available to Us to detect, investigate, deter and prosecute those who commit insurance fraud.  We will pursue all available legal remedies if You, Your Dependents and/or Your Employer perpetrate insurance fraud.

**Misstatements:** *What happens if facts are misstated?*
If material facts about You or Your Dependents were not stated accurately:
1) the premium may be adjusted; and

2) the true facts will be used to determine if, and for what amount, coverage should have been in force.

## DEFINITIONS

**Active Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. This must be at least the number of hours shown in the Schedule of Insurance.

**Actively at Work** means at work with Your Employer on a day that is one of Your Employer's scheduled workdays. On that day, You must be performing for wage or profit all of the regular duties of Your job:
1) in the usual way; and
2) for Your usual number of hours.

We will also consider You to be Actively At Work on any regularly scheduled vacation day or holiday, only if You were Actively At Work on the preceding scheduled work day.

**Common Carrier** means a conveyance operated by a concern, other than the Policyholder, organized and licensed for the transportation of passengers for hire and operated by the concern.

Common Carrier will not mean any such conveyance which is hired or used for a sport, gamesmanship, contest, sightseeing, observatory and/or recreational activity, regardless of whether such conveyance is licensed.

**Dependent Child(ren)** means:
1) Your unmarried children, stepchildren, legally adopted children; or
2) any other children related to You by blood or marriage or domestic partnership who:
   a) live with You in a regular parent-child relationship; and/or
   b) You claimed as a dependent on Your last filed federal income tax return;
provided such children are primarily dependent upon You for financial support and maintenance and are:
1) at least 6 day(s) old but under age 19;
2) age 19, but under age 24, and in full-time attendance (at least 12 course credit hours per semester) at an accredited institution of learning. If the institution establishes full-time status in any other manner, We reserve the right to determine whether the student continues to qualify as a Dependent; or
3) age 19 or older and disabled. Such children must have become disabled before attaining age 19. You must submit proof, satisfactory to Us, of such children's disability.

**Dependents** means Your Spouse and Your Dependent Child(ren). A dependent must be a citizen or legal resident of the United States, its territories and protectorates. Any person who is in full-time military service cannot be a dependent.

**Domestic Partner** means the person with whom You have a partnership that meets all of the requirements listed below. In order to qualify for Domestic Partner coverage, You and Your Domestic Partner must:
1) have resided together continuously and openly for at least 12 consecutive months, under an exclusive mutual interpersonal commitment;
2) intend to live together permanently in accordance with an exclusive mutual interpersonal commitment;
3) not be married, or a domestic partner, to another person;
4) not be related by blood to a degree which is legally prohibited in marriage in the state in which You and Your Domestic Partner reside;
5) be legally competent to enter into a contract in the state in which You and Your Domestic Partner reside;
6) provide for each other's common welfare and intend to continue doing so; and
7) complete an eligibility statement indicating that at least two of the following criteria are true:
   b) You and Your Domestic Partner share responsibility for raising children together. Such children may be the natural, adopted, foster or legal wards of either You or Your Domestic Partner.
   c) You and Your Domestic Partner have executed either a joint will, or separate wills, setting forth the other as a beneficiary;
   d) You or Your Domestic Partner have provided the other with a health care power of attorney to make health care decisions;
   e) You or Your Domestic Partner have named the other as beneficiary to receive insurance proceeds other than the benefits under the Policy.
   f) You or Your Domestic Partner have named the other as a beneficiary of some interest in a retirement fund, trust, or other property interest;

g) You and Your Domestic Partner maintain joint insurance on real property such as on a home, or on personal property such as an automobile;
h) You or Your Domestic Partner have assigned or otherwise conveyed any right, title, or interest in property to the other;
i) You and Your Domestic Partner jointly own property such as an automobile, home, condominium, townhouse, or vacation home; or
j) You and Your Domestic Partner share or are responsible for at least one of the following items:  lease, mortgage, utilities, loan, credit card, investment or bank account.

Coverage for Your Domestic Partner will be provided on the same basis and under the same conditions as for any other covered Dependent Spouse.  A Dependent Child of Your Domestic Partner will be eligible for coverage to the same extent as any other Child is covered.

Coverage for Your Domestic Partner will end in accordance with the Dependents Termination provision.

**Employer** means the Policyholder.

**Injury** means bodily injury resulting:
1) directly from an accident; and
2) independently of all other causes;
which occurs while You are covered under The Policy.

Loss resulting from:
1) sickness or disease, except a pus-forming infection which occurs through an accidental wound; or
2) medical or surgical treatment of a sickness or disease;
is not considered as resulting from Injury.

**Motor Vehicle** means a self-propelled, four (4) or more wheeled:
1) private passenger: car, station wagon, van or sport utility vehicle;
2) motor home or camper; or
3) pick-up truck;
not being used as a Common Carrier.

A Motor Vehicle does not include farm equipment, snowmobiles, all-terrain vehicles, lawnmowers or any other type of equipment vehicles.

**Non-Contributory Coverage** means coverage for which You are not required to contribute toward the cost.  Non-Contributory Coverage is shown in the Schedule of Insurance.

**Participating Employer** means an Employer who agrees to participate in the Trust, pays the required contribution and is a participant in accordance with the provisions of The Policy.

**Physician** means a person who is:
1) a doctor of medicine, osteopathy, psychology or other legally qualified practitioner of a healing art that We recognize or are required by law to recognize;
2) licensed to practice in the jurisdiction where care is being given;
3) practicing within the scope of that license; and
4) not Related to You by blood or marriage.

**Prior Policy** means the group life insurance Policy carried by the Participating Employer on the day before the Participating Employer Effective Date and will only include the coverage which is transferred to Us.

**Related** means Your Spouse, or someone in a similar relationship in law to You, or other adult living with You, or Your sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter, or grandchild.

**Retiree** means a former Full-time Active Employee of the Participant Employer who:
- is less than age 65; and
- was insured by the Associated Employers Group Benefit Plan and Trust group life plan on the day immediately preceding retirement.

**Spouse** means Your spouse who is not legally separated or divorced from You.
Spouse will include Your domestic partner, provided You have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy.  You will continue to be considered domestic partners provided You continue to meet the requirements described in the domestic partner affidavit.

**The Policy** means the policy which We issued to the Policyholder under the Policy Number shown on the face page.

**Trust** means the Policyholder stated on the face page of The Policy.

**We, Us or Our** means the insurance company named on the face page of The Policy.

**You or Your** means the person to whom this certificate is issued.

EXHIBIT B, Page 28 of 45



## AMENDATORY RIDER

This rider is attached to all certificates given in connection with The Policy and is effective on The Policy Effective Date.

This rider is intended to amend Your certificate, as indicated below, to comply with the laws of Your state of residence. Only those references to benefits, provisions or terms actually included in Your certificate will affect Your coverage. In addition, any reference made herein to Dependent coverage will only apply if Dependent coverage is provided in Your certificate.

For Colorado residents:
1) The **Suicide** provision will only exclude amounts of life insurance in effect within the first year of coverage or within the first year following an increase in coverage.
2) Item #2 of the definition of **Dependent Child(ren)** is amended to read as follows:
   any other children related to You by blood or marriage or civil union or domestic partnership who:
3) The following is added to the definition of **Spouse**:
   Spouse will include Your partner in a civil union.
4) The **Change in Family Status** provision is amended to read as follows:
   A Change in Family Status occurs when:
   1) You get married or enter a civil union or You execute a domestic partner affidavit;
   2) You and Your spouse divorce or terminate a civil union or terminate a domestic partnership;
   3) Your child is born or You adopt or become the legal guardian of a child;
   4) Your spouse or party to a civil union or domestic partner dies;
   5) Your child is no longer financially dependent on You or dies;
   6) Your spouse or party to a civil union or domestic partner is no longer employed, which results in a loss of group insurance; or
   7) You have a change in classification from part-time to full-time or from full-time to part-time.

For Delaware residents:
The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For Hawaii residents:
The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For Illinois residents:
The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.

For Louisiana residents:
1) The definition of **Dependent** is replaced by the following:
   **Dependent** means Your Spouse and Your Dependent Child(ren).  A dependent must be a citizen or legal resident of the United States, its territories and protectorates.  Any person who is in full-time military service cannot be a dependent, unless that person is subsequently called to military service and any required premium is paid.
2) The age limit stated in the **Continuation for Dependent Children with Disabilities** provision is increased to 21, if less than 21.
3) The following provision is added to the **Period of Coverage** provisions:
   **Reinstatement after Military Service:**  If:
   1) Your coverage terminates because You enter active military service; and
   2) You are rehired within 12 months of the date Your coverage terminated/within 12 months of the date You return from active military service;
   then coverage for You and Your previously covered Dependent Spouse/Dependents may be reinstated, provided You request such reinstatement within 31 days of the date You return to work.  The reinstated coverage will:
   1) be the same coverage amounts in force on the date coverage terminated; and
   2) not be subject to any Waiting Period for Coverage, Evidence of Insurability or Pre-existing Conditions Limitations; and
   3) be subject to all the terms and provisions of The Policy.
4) The last paragraph of the **Claims to be Paid** provision is replaced by the following:
   In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $500 to any person equitably entitled to payment because of expenses from Your funeral or other expenses incident to Your last illness or death.  Payment to any person, as shown above, will release Us from liability for the amount paid.
5) The exclusion for the **Seatbelt and Air Bag** benefit is replace by the following:
   The Seat Belt and Air Bag Benefit will not be payable if the injured person is operating the Motor Vehicle at the time of Injury while:
   1) Intoxicated; or
   2) under the influence of narcotics, unless administered on the advice of a physician.
6) The drug exclusion in the Accidental Death and Dismemberment Exclusions is replaced by the following:
   Injury sustained while under the influence of narcotics, unless administered on the advice of a Physician;

For Massachusetts residents:
The definition of **Terminal Illness or Terminally Ill** in the **Accelerated Benefit** cannot exceed 24 months.

For Michigan residents:
The **Policy Interpretation** provision is deleted in its entirety.

For Minnesota residents:
1) The term "granted military leave of absence" in the Military Leave of Absence portion of the **Continuation Provisions** section, is amended to "documented military leave of absence."
2) The provision titled **"Lay Off"** is deleted from the Continuation Provisions and is replaced by the following:
   **Lay Off:**  If You are voluntarily or involuntarily terminated or Laid Off, You may elect to continue Your coverage by making monthly premium payments to the Employer for the cost of continued coverage.  You must elect this continued coverage within 60 days from:
   1) the date Your coverage would otherwise terminate; or
   2) the date You receive a written notice of Your right to continue coverage;
   whichever is later. The amount of premium charged may not exceed 102% of the premium paid, either by You or the Employer, for life insurance coverage for an Active Employee.  The Employer will inform You of:
   1) Your right to continue coverage;
   2) the amount of monthly premium; and
   3) how, where and by when payment must be made.
   Upon request, the Employer will provide You Our written verification of the cost of coverage. Coverage will continue until the first to occur of:
   1) the date You are covered under another group policy; or
   2) the last day of the 18th month following the date of termination or layoff.
   At the end of such 18 month period, You may exercise the Conversion Right if You do so within the time limits described in such provision. However, in lieu of conversion coverage You may accept a policy providing

reduced benefits at a reduced premium rate. Minnesota law requires that if Your coverage ends because the Employer fails:

      1) to notify You of Your right to continue coverage; or
      2) to pay the premium after timely receipt;

the Employer will be liable for benefit payments to the extent We would have been liable had You still been covered. Laid Off means that there is a reduction in the number of hours You work for the Employer so that You are no longer eligible for coverage.  The term termination does not include discharge for gross misconduct but does include retirement.

3) the 7th paragraph of the **Accelerated Benefit** provision is deleted.
4) the 2nd, 3rd and 4th paragraphs of the **Conversion Right** provision are deleted.
5) The first sentence of the 5th paragraph of the **Claims to be Paid** provision is amended as follows:
    If benefits are payable and are greater than $15,000, then You or Your beneficiary may request that We pay benefits into a draft book account (checking account) which will be owned by:
      1)   You, if living; or
      2)   Your beneficiary, in the event of Your death.

For <u>Missouri</u> residents:
1) The time periods stated in the **Conditions for Qualification** and the **Benefit Payable before Approval of Waiver of Premium** provisions are changed to 180 days, if greater than180 days.
2) The following language is added to the **When Premiums are Waived** provision:
    If Waiver of Premium is approved, it will be retroactive to the date the disability began.  Premiums will be waived retrospectively once You have completed the 180 day waiting period.
3) The **Suicide** provision is replaced by the following:
    **Suicide:** *What benefit is payable if death is a result of suicide?*
    If You or Your Dependent commit suicide, whether sane or insane, We will not pay any Supplemental Amount of Life Insurance or Supplemental Amount of Dependent Life Insurance for the deceased person which was elected within the 1 year period immediately prior to the date of death.  This applies to initial coverage and elected increases in coverage.  It does not apply to benefit increases that resulted solely due to an increase in Earnings.   If You or Your Dependent die as a result of suicide, whether sane or insane, within 1 year of the Policy effective date, all premiums paid for coverage will be refunded.

    This 1 year period includes the time group life insurance coverage was in force under the Prior Policy.
4) Item 2 of the **Accidental Death and Dismemberment Exclusions** is replaced with the following:
    2)   suicide or attempted suicide, whether sane or insane;

For <u>New Hampshire</u> residents:
1) The **Waiver of Premium and Disability Extension** provision or the **Disability Extension** provision is deleted
2) The following is added to the end of the first paragraph of the **Conversion** provision:
    The Notice of Conversion Right form will be mailed to You within 15 days after the Policy ceases.  If notice is given more than 15 days after the Policy ceases, the time You have to convert will be extended for 15 days from the date notice was given.
3) The last sentence of the second paragraph of the **Conversion** provision is replaced by the following:
    However, unless you did not have notice, We will not accept requests for Conversion if they are received more than 91 days after Life Insurance terminates.
4) Item #3 in the second paragraph of the Sending Proof of Loss provision is deleted.
5) The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $250, if not $250.
6) The following is added to the Period of Coverage if Spouse Accidental Death and Dismemberment is included in the contract:
    **Spouse Continuation:** *Can coverage be continued for a divorced Spouse?*
    If You are legally separated or divorced from Your Spouse, coverage for Your former Spouse may continue under The Policy until the earliest of:
      1)   the last day of the third year following the anniversary of a final divorce or legal separation;
      2)   the date You remarry;
      3)   the date Your former Spouse remarries;
      4)   a date specified in the final divorce decree;
      5)   the date Your former Spouse fails to pay any premiums that may be due; or
      6)   the date You die.

For <u>North Dakota</u> residents:

The **Suicide** provision will only exclude amounts of life insurance in effect within the first year of coverage or within the first year following an increase in coverage.

For <u>Ohio</u> residents, any references to **Accelerated Benefit** are amended to read as **Accelerated Death Benefit.**

For <u>Oregon</u> residents:
1) The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who:
   1) is under age 65;
   2) is not legally separated or divorced from You; and
   3) is not in active full-time military service outside the continental United States, Hawaii, Puerto Rico or Alaska.  However, Your spouse who is in active full-time military service inside the continental United States, Hawaii, Puerto Rico or Alaska will be considered a Dependent.
   Spouse will include Your domestic partner provided You:
   1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners for purposes of The Policy; or
   2) have registered as domestic partners with a government agency or office where such registration is available.
   You will continue to be considered domestic partners provided You continue to meet the requirements of the law or as described in the domestic partner affidavit.
2) The following is added to the definition of **Dependent Child(ren):**
   Dependent Child(ren) will also include child(ren) of Your Oregon registered domestic partner.
3) The **Continuation Provisions** section is amended to include the following for Employers with 10 or more employees:
   <u>Jury Duty:</u>  If You are scheduled to serve or are required to serve as a juror, Your coverage may be continued until the last day of Your Jury Duty, provided You:
   1) elected to have Your coverage continued; and
   2) provided notice of the election to Your employer in accordance with Your employer's notification policy.

For <u>Rhode Island</u> residents:
1) The **Spouse** definition is amended to read as follows:
   **Spouse** means Your spouse who is not legally separated or divorced from You.
   Spouse will include Your party to a civil union, provided You:
   1) have established that You and Your partner are parties to a civil union for purposes of The Policy; or
   2) have registered as parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
   You will continue to be considered parties to a civil union provided You continue to meet the requirements required by law.
2) The following is added to **Continuation Provisions:**
   Family Military Leave of Absence:  If Your spouse or child enters active full-time military service outside of the continental United States, Hawaii, Puerto Rico or Alaska, and You:
   1) have been employed with the same employer for at least two years; and
   2) have completed 1,250 hours of service during a 12 month period immediately prior to the date Military Leave of Absence would begin; and
   3) have exhausted all the other time made available to You by Your Employer except sick time and short term disability;
   then Your coverage may be continued for up to 30 days.  If the leave ends prior to the agreed upon date, this continuation will cease immediately.

   To elect a Family Military Leave of Absence, You must notify Your Employer at least 14 days prior to the date the leave would begin if the leave would consist of five or more consecutive work days.  For a leave of less than five days, the Employee should give notice as soon as reasonable possible.
3) The provision titled **Policy Interpretation** is deleted in its entirety.

For <u>South Carolina</u> residents:
1) The following is added to the **Physical Examinations and Autopsy** provision:  "Such autopsy must take place in the state of South Carolina."
2) The dollar amount stated in the second paragraph of the **Claims to be Paid** provision is changed to $2,000, if not $2,000.

33

For South Dakota residents:
1) The **suicide, felony, speed or endurance contest** exclusions are replaced by the following:
   suicide, whether sane or insane, within two years of the individual's coverage under the policy;
   Injury caused directly or indirectly by riding or driving on land, air, or water if participating in a speed or endurance contest;
   Injury sustained while committing a felony.
2) The **self-inflicted injury, drug, intoxicated and Driving while intoxicated** exclusions are deleted.
3) The definition of "**Intoxicated**" is deleted from the Exclusion section.
4) The exclusions set forth in the **Seat Belt and Air Bag** benefit are deleted.
5) The definition of **Felonious Assault** set forth in the Felonious Assault Benefit is replaced by the following:
   **Felonious Assault** means a violent or criminal act directed at You or Your Dependents during the course of a robbery, kidnapping or criminal assault, which constitutes a felony under the law.

For Texas residents, the provision titled **Policy Interpretation** is deleted in its entirety.

For Utah residents:
1) The time period stated in the **Suicide** provision is changed to 2 years if not already 2 years.
2) Item 1 of the first paragraph in the **Conversion Policy Provisions** is replaced by the following:
   1) be issued on one of the Life Insurance policy forms the Insurer is customarily issuing at the age and for the amount applied for at the time of conversion except for term insurance; and
3) The following sentence is added to the **Effect of Waiver of Premium on Conversion** provision, if not already added:
   The Insurer will refund the premium paid for such Conversion Policy.
4) The time period stated in the **Claim Forms** provision is changed to 15 days if not already 15 days.
5) Item 3 of the second paragraph of the **Sending Proof of Loss** provision is deleted.
6) The time period stated in the **Claim Payment** provision is changed to 15 days if not already 15 days.
7) The provision titled **Policy Interpretation** is deleted in its entirety.
8) The words "In the absence of fraud" are deleted from the **Incontestability** provision.
9) The following provision is added to the Continuation provisions:
   **Disability:**  If You are not Actively at Work due a Disability, all of Your coverage (including Dependent Life coverage) may be continued beyond a date shown in the Termination provision.  Coverage may not be continued under more than one Continuation Provision.  The amount of continued coverage applicable to You or Your Dependents will be the amount of coverage in effect on the date immediately before coverage would otherwise have ended.  Coverage will continue until the earliest of:
   1) six months from the date of Disability;
   2) approval by Us of continuation of the coverage under any disability provision The Policy may contain;
   3) the date premium payment is due but not paid;
   4) The Policy terminates; or
   5) if the Policyholder is a trust, Your Employer ceases to be a Participating Employer.
   In no event will the amount of insurance increase while coverage is continued in accordance with this provision. The Continuation Provisions shown above may not be applied consecutively. If such absence results in a leave of absence in accordance with state and/or federal family and medical leave laws, then the combined continuation period will not exceed twelve consecutive months.

For Vermont residents:
1) The following Endorsement applies:
   **Purpose:**  This endorsement is intended to provide benefits for parties to a civil union.  Vermont law requires that insurance contracts and policies offered to married persons and their families be made available to parties to a civil union and their families.  In order to receive benefits in accordance with this endorsement, the civil union must have been established in the state of Vermont according to Vermont law.
   **General Definitions, Terms, Conditions and Provisions:**  The general definitions, terms, conditions or any other provisions of the policy, contract, certificate and/or riders and endorsements to which this mandatory endorsement is attached are hereby amended and superseded as follows:
   1) Terms that mean or refer to a marital relationship or that may be construed to mean or refer to a marital relationship: such as "marriage", "spouse", "husband", "wife", "dependent", "next of kin", "relative", "beneficiary", "survivor", "immediate family" and any other such terms include the relationship created by a civil union.

34

2) Terms that mean or refer to a family relationship arising from a marriage such as "family", "immediate family", "dependent", "children", "next of kin", "relative", "beneficiary", "survivor" and any other such terms include the family relationship created by a civil union.

3) Terms that mean or refer to the inception or dissolution of a marriage, such as "date of marriage", "divorce decree", "termination of marriage" and any other such terms include the inception or dissolution of a civil union.

4) "Dependent" means a spouse, a party to a civil union, and/or a child or children (natural, stepchild, legally adopted or a minor who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union.

5) "Child or covered child" means a child (natural, step-child, legally adopted or a minor who is dependent on the insured for support and maintenance) who is born to or brought to a marriage or to a civil union.

**Cautionary Disclosure: THIS RIDER IS ISSUED TO MEET THE REQUIREMENTS OF VERMONT LAW AS EXPLAINED IN THE "PURPOSE" PARAGRAPH OF THE RIDER. THE FEDERAL GOVERNMENT OR ANOTHER STATE GOVERNMENT MAY NOT RECOGNIZE THE BENEFITS GRANTED UNDER THIS RIDER. YOU ARE ADVISED TO SEEK EXPERT ADVICE TO DETERMINE YOUR RIGHTS UNDER THIS CONTRACT.**

2) The following sentence is added to the **Life Insurance Benefit** provision:
Interest is payable from the date of death until the date payment is made at an interest rate of 6% per year or at least Our corporate interest rate, whichever is greater.

For Washington residents:

1) The **Suicide** provision is deleted in its entirety.

2) The following is added to the **No Longer Terminally Ill** provision:
**Dispute about Diagnosis:** If Your attending physician, and a physician appointed by Us, disagree on whether You are Terminally Ill, Our physician's opinion will not be binding upon You. The two parties shall attempt to resolve the matter promptly and amicably. In case the disagreement is not resolved, You have the right to mediation or binding arbitration conducted by a disinterested third party who has no ongoing relationship with either. Any such arbitration shall be conducted in accordance with the laws of the State of Washington. As part of the final decision, the arbitrator or mediator shall award the costs of the arbitrator to one party or the other, or may divide the costs equally or otherwise.

3) The **Labor Dispute** continuation provision is replaced with the following:
**Labor Dispute:** If You are not Actively at Work as the result of a labor dispute, all of Your coverages (including Dependent Life coverage) may be continued during such dispute until the last day of the month in which the coverage terminated, but in no event for a period exceeding six months. If the labor dispute ends, this continuation will cease immediately.

4) The provision titled **Policy Interpretation** is deleted in its entirety.

5) The definition of **Dependent Child(ren)** is amended to include relationships due to domestic partnership.

6) The **Spouse** definition is amended to read as follows:
**Spouse** means Your spouse who is not legally separated or divorced from You.
Spouse will include Your domestic partner or party to a civil union, provided You:
  1) have executed a domestic partner affidavit satisfactory to Us, establishing that You and Your partner are domestic partners or parties to a civil union for purposes of The Policy; or
  2) have registered as domestic partners or parties to a civil union with a government agency or office where such registration is available and provide proof of such registration unless requiring proof is prohibited by law.
You will continue to be considered domestic partners or parties to a civil union provided You continue to meet the requirements described in the domestic partner affidavit or required by law.

For Wisconsin residents:

1) The dollar amount stated in the **Conversion Right** provision is changed to $5,000, if not $5,000.

2) The dollar amounts stated in the second paragraph and the last paragraph of the **Claims to be Paid** provision are changed to $1,000, if not $1,000.

In all other respects, the Policy and certificates remain the same.

Signed for Hartford Life and Accident Insurance Company.

**Terence Shields,** *Secretary*          **Michael Concannon,** *Executive Vice President*

EXHIBIT B, Page 35 of 45

---

**SUMMARY OF THE MONTANA LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT
AND NOTICE CONCERNING COVERAGE LIMITAIONS AND EXCLUSIONS**

---

Residents of Montana who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Montana Life and Health Insurance Guaranty Association. The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Association will assess its other member insurance companies for the money to pay the claims of insured persons who reside in Montana and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

---

**IMPORTANT DISCLAIMER**

**The Montana Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Montana. You should not rely on coverage by the Montana Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**COVERAGE IS NOT PROVIDED BY THE MONTANA LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION FOR YOUR POLICY OR CONTRACT OR ANY PORTION OF IT UNDER WHICH THE RISK IS BORNE BY YOU, THE POLICYHOLDER.**

**Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Association to induce you to purchase any kind of insurance policy.**

**This information is provided by:**

**Montana Life and Health Insurance Guaranty Association
P.O. Box 541
Helena, Montana 59624
1-800-347-8997**

**State of Montana Department of Insurance
Sam W. Mitchell Building
P.O. Box 4009
Helena, Montana 59604-4009
(406)444-2040
1-800-322-6148**

---

**SUMMARY**

The state law that provides for this safety-net coverage is called the Montana Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverage, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

<u>Coverage</u>. Generally, individuals will be protected by the Montana Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they hold certificates under a group life or health insurance contract or annuity, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

*(please turn to next page)*

---

**Form PA-8721**   Montana                         37
Printed in U.S.A.

## SUMMARY (Continued)

Exclusions From Coverage.  Persons holding such policies or contracts are **not** protected by this Association if:

- they are not residents of the State of Montana, except under certain very specific circumstances;

- the insurer was not authorized or licensed to do business in Montana at the time the policy or contract was issued.

The Association also does **not** provide coverage for:

- persons holding policies issued by a nonprofit hospital or medical service organization (the "Blues"), an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange;

- any policies or contracts or any part of the policies or contracts under which the risk is borne by the policyholder;

- any policy of reinsurance (unless an assumption certificate was issued);

- interest rate yields that exceed an average rate;

- plans of employers, associations or similar entities to the extent they are self-funded or uninsured (that is, not insured by an insurance company, even if an insurance company administers them);

- dividends;

- experience rating credits;

- credits given in connection with the administration of a policy or contract;

- any unallocated annuity contract issued to an employee benefit plan that is protected under the Federal Pension Benefit Guaranty Corporation; and

- any portion of any unallocated annuity contract that is not issued to or in connection with a specific employee, union, or association of natural persons benefit plan or a governmental lottery.

Limits on Amount of Coverage.  The Act also limits the amount the Association is obligated to pay out.  The Association cannot pay more than what the insurance company would owe under a policy or contract.  Furthermore, the amounts the Association is authorized to pay are limited.

Allocated Contracts.  For any one life insured, the Association will pay a maximum of $300,000--no matter how many policies and contracts there were with the same company, even if they provided different types of coverage.  Within this overall $300,000 limit, the Association will not pay more than $100,000 in cash surrender values, $100,000 in health insurance benefits, $100,000 in present value of annuity benefits, or $300,000 in life insurance death benefits--again, no matter how many policies and contracts there were with the same company, and no matter how many different types of coverage.

Unallocated Contracts.  With respect to each individual participating in a governmental retirement plan established under sections 401, 403(b), or 457 of the Internal Revenue Code and covered by an unallocated annuity contract or with respect to the beneficiaries of each individual, if deceased, the Association will pay, in the aggregate, $100,000 in present value annuity benefits, including surrender and withdrawal values.  With respect to any one contract holder covered by any unallocated annuity contract not included in the prior sentence, the Association will pay up to $5 million in benefits, irrespective of the number of contracts held by that contract holder.

**Form PA-8721**   Montana                       38
Printed in U.S.A.

**ERISA INFORMATION**
**THE FOLLOWING NOTICE**
**CONTAINS IMPORTANT INFORMATION**

This employee welfare benefit plan (Plan) is subject to certain requirements of the Employee Retirement Income Security Act of 1974 (ERISA), as amended.  ERISA requires that you receive a Statement of ERISA Rights, a description of Claim Procedures, and other specific information about the Plan.  This document serves to meet ERISA requirements and provides important information about the Plan.

The benefits described in your booklet-certificate (Booklet) are provided under a group insurance policy (Policy) issued by the Hartford Life and Accident Insurance Company  (Insurance Company) and are subject to the Policy's terms and conditions.  The Policy is incorporated into, and forms a part of, the Plan.  The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy.  The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

A copy of the Plan is available for your review during normal working hours in the office of the Plan Administrator.

---

1. **Plan Name**

   Group Basic Dependent Life, Basic Term Life, Basic Accidental Death and Dismemberment Plan for employees of ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST.

---

2. **Plan Number**

   LIFE - 501

   ADD - 501

---

3. **Employer/Plan Sponsor**
   ASSOCIATED EMPLOYER GROUP BENEFIT PLAN AND TRUST
   2727 Central Avenue
   P. O. Box 81087
   Billings, MT 59102

---

4. **Employer Identification Number**

   81-0107360

---

5. **Type of Plan**

   Welfare Benefit Plan providing Group Basic Dependent Life, Basic Term Life, Basic Accidental Death and Dismemberment.

---

6. **Plan Administrator**
   ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST
   2727 Central Avenue
   P. O. Box 81087
   Billings, MT 59102

EXHIBIT B, Page 38 of 45

7.  **Agent for Service of Legal Process**

For the Plan
ASSOCIATED EMPLOYERS BENEFIT PLAN AND TRUST
2727 Central Avenue
P. O. Box 81087
Billings, MT 59102

For the Policy:

Hartford Life and Accident Insurance Company
200 Hopmeadow St.
Simsbury, CT 06089

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

8.  **Sources of Contributions**   The Employer pays the premium for the insurance, but may allocate part of the cost to the employee, or the employee may pay the entire premium.  The Employer determines the portion of the cost to be paid by the employee.  The insurance company/provider determines the cost according to the rate structure reflected in the Policy of Incorporation.

9.  **Type of Administration**   The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group plan.

10. The Plan and its records are kept on a Policy Year basis.

11. **Labor Organizations**

None

12. **Names and Addresses of Trustees**

None

13. **Plan Amendment Procedure**

The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

The Employer also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

## STATEMENT OF ERISA RIGHTS

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended.  ERISA provides that all Plan participants shall be entitled to:

**1.   Receive Information About Your Plan and Benefits**

  a)  Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
  b)  Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary Plan description.  The administrator may make a reasonable charge for the copies.
  c)  Receive a summary of the Plan's annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**2.   Prudent Actions by Plan Fiduciaries**

In addition to creating rights for Plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan.  The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**3.   Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.  Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.  If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.  If the Plan requires you to complete administrative appeals prior to filing in court, your right to file suit in state or Federal court may be affected if you do not complete the required appeals.  If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**4.   Assistance with Your Questions**

If you have any questions about your Plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration (formerly known as the Pension and Welfare Benefits Administration), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## CLAIM PROCEDURES

The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy.  The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

**Claim Procedures for Claims Requiring a Determination of Disability**

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 45 days after receipt of your properly filed claim. The time for decision may be extended for two additional 30 day periods provided that, prior to any extension period, the Insurance Company notifies you in writing that an extension is necessary due to matters beyond the control of the Plan, identifies those matters and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim, the time for decision may be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to our request. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

Any adverse benefit determination will be in writing and include: 1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary, 4) a description of the review procedures and time limits applicable to such procedures, 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal, and 6) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the denial, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the denial and that a copy will be provided free of charge to you upon request, or (B) if denial is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 180 days from the date you received your claim denial. As part of your appeal:

1.  you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.  you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 45 days after it receives your timely appeal. The time for final decision may be extended for one additional 45 day period provided that, prior to the extension, the Insurance Company notifies you in writing that an extension is necessary due to special circumstances, identifies those circumstances and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request.

The individual reviewing your appeal shall give no deference to the initial benefit decision and shall be an individual who is neither the individual who made the initial benefit decision, nor the subordinate of such individual. The review process provides for the identification of the medical or vocational experts whose advice was obtained in connection with an initial adverse decision, without regard to whether the advice was relied upon in making that decision. When deciding an appeal that is based in whole or part on medical judgment, we will consult with a medical professional having the appropriate training and experience in the field of medicine involved in the medical judgment and who is neither an individual consulted in connection with the initial benefit decision, nor a subordinate of such individual. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a statement that you have the right to bring a civil action under section 502(a) of ERISA, 4) a statement that you may request, free of charge, copies of all documents, records, and other information relevant to your claim; 5) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the decision on appeal, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the decision on appeal and that a copy will be provided free of charge to you upon request, or (B) if the decision on appeal is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the decision on appeal, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request, and 6) any other notice(s), statement(s) or information required by applicable law.

## Claim Procedures for Claims Not Requiring a Determination of Disability

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative would obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 90 days after receipt of your properly filed claim. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 90 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 180 days after your claim was received. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

However, any adverse benefit determination will be in writing and include: 1) specific reasons for the decision; 2) specific references to Policy provisions on which the decision is based; 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary; 4) a description of the review procedures and time limits applicable to such, and 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 60 days from the date you received your claim denial. As part of your appeal:

1.   you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.   you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 60 days after it receives your timely appeal. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 60 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 120 days after your appeal was received. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision and specific references to the Policy provisions on which the decision is based, 2) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and

other information relevant to the claim, 3) a statement of your right to bring a civil action under section 502(a) of ERISA, and 4) any other notice(s), statement(s) or information required by applicable law.

**The Plan Described in this Booklet
is Insured by the**

**Hartford Life and Accident Insurance Company
Simsbury, Connecticut
Member of The Hartford Insurance Group**



**AMENDATORY RIDER**

This Rider forms a part of all certificates given in connection with Policy Number 686127, issued to ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST.

This Rider becomes effective June 1, 2006.

All certificates are hereby amended in the following manner:

With respect to All Full-time Active Proprietor Owner, Partners or Members of the Limited Liability Company, the **Full-time Employment** provision shown in the **Schedule of Insurance** section of the **Life Insurance** portion of Your certificate does not apply.

In accordance with Montana law, the following provisions are added to the Certificates:

Grace Period:
The Company will allow the Policyholder a 31 day grace period for the payment of all premiums after the first.  During this 31 day period, The Policy will stay in force.  If the owed premium is not paid by the 31st day, The Policy will automatically terminate.  If the Policyholder give The Company written advance notice of an earlier cancellation date, The Policy will terminate on the earlier date.  Premium is due for each day The Policy is in force.

Entire Contract:
The contract between the parties consists of:
1)  the Policy;
2)  any certificates incorporated and made a part of the Policy;
3)  any riders issued in connection with such certificates;
4)  the Policyholder's application, if any, a copy of which is attached to and made a part of The Policy when issued; and
5)  any Written Medical Insurability Application submitted by the Eligible Person/Employee and accepted by The Company in connection with the Policy.

All statements made by the Policyholder, Participating Entity or persons insured under The Policy will be deemed representations and not warranties. No statement made to effect this insurance will be used in any contest unless it is in writing and a copy of it is given to the person who made it, or to his or her beneficiary.

Conformity with Law:  If any provision of the Policy is contrary to the law of the jurisdiction in which it is delivered, such provision is hereby amended to conform to that law.  If any change to state or federal law, including but not limited to the Federal Social Security Act, affects The Company's liability under The Policy, The Company may change The Policy, the premiums or both.  Such change:
1)   will be effective as of the date of the change to the state or federal law; and
2)   will not be made until The Company gives the Policyholder 31 days notice.

In all other respects, the certificates remain the same.

Signed for Hartford Life and Accident Insurance Company.

Richard G. Costello, *Secretary*                    Thomas M. Marra, *President*

GBD Rider A (686127) 1.01