9435649348

| ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN & TRUST | Enrollment / Change Form |
|---|---|
| P.O. BOX 81087 * BILLINGS, MT 59108 * PHONE 406-248-6224 * Fax 406-248-7635 | |

**Employer:** ~~St John's Lutheran Ministries~~ Red Lodge
**Date Employed:** 05/19/2015 60 days
**Please Mark Applicable Box:**
[X] New Enrollment
[ ] Change of Enrollment
  [ ] Add Spouse/Dependent(s)
  [ ] Address Change
  [ ] Waive Employee
  [ ] Waive Dependent(s)
  [ ] Change to Retiree Status
  [ ] Change Beneficiary
  [ ] Life Only

**Last Name:** LeCou
**Date of Birth:** 07/04/1962
**Date Minimum Hours Met:** 

**First Name:** Karen
**M.I.:** A
**Gender:** [X] Female
**Date Coverage Effective:** 8-1-2015

**Social Security Number:** [redacted]
**Marital Status:** [X] Legally Married
BHJ

**Current Mailing Address**
**Street:** PO Box 193  **City:** Belfry  2  **State:** MT  **Zip:** 59008
**Home Phone:** 509-230-3829  **Work Phone:** (ext.)

**Life Insurance Beneficiary:** Sharon Hill  **Relationship:** Sister
**Contingent Life Beneficiary:** Robert LeCou  **Relationship:** Husband

**Application for:** Employee Only [ ]  Employee & Spouse [X]  Employee & Children [ ]  Employee & Family [ ]

**ONLY LIST DEPENDENTS BELOW IF REQUESTING COVERAGE**

| Last Name | First Name | M.I. | Social Security # | Gender | Date of Birth | Relationship | YES | NO | COMPANY |
|---|---|---|---|---|---|---|---|---|---|
| LeCou | Robert | M | 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 | M | 10/11/1976 | Spouse | | X | |

Application is made for benefits under Employer's benefit plan for which I am eligible and authorization is granted to deduct from my salary or wages any premiums required. I certify the above information to be correct and true to the best of my knowledge and that those listed as dependents qualify as such under the terms of the plan.

**MANDATORY: COMPLETE BOTH LEFT AND RIGHT SECTIONS**

**ACCEPT:** If you accept coverage please complete below. (This form is valid only if completed, signed and dated.)

I elect to enroll in:
  X Medical  ___ Dental  ___ Vision

I choose the following network: (please initial one choice)
[x] HDHP ChoiceCare: 50/50 - Ded=$2600
Participants are able to use Billings Clinic physicians, clinics and hospitals only. Your primary residence must be in Yellowstone County or in an area with a zip code starting with 590.

___ ChoiceCare
Participants are able to use Billings Clinic physicians, clinics and hospitals only. Your primary residence must be in Yellowstone County or in an area with a zip code starting with 590.

___ HDHP SelectCare
Participants are able to use the SelectCare network of physicians and clinics, both Billings Clinic Hospital and St. Vincent Hospital.

___ SelectCare
Participants are able to use the SelectCare network of physicians and clinics, both Billings Clinic Hospital and St. Vincent Hospital.

I understand the health plan I chose has a provider network. If I see a non-network provider, charges may not be covered by the plan or I may incur a separate deductible and co-insurance maximum and be responsible for paying charges over usual and reasonable.

**Signature:** [signature]  **Date:** 7-13-15

**WAIVER OF BENEFITS:** If you decline coverage for yourself and / or your dependents, please sign and complete the following:

1. I hereby elect to waive benefits for (check applicable boxes):
   ___ Medical  ___ Dental  ___ Vision
   ___ Myself
   ___ My Spouse * Name _____
   ___ My Dependents * Name _____

2. Represent that (check one) [ ] I am  [ ] I am not covered under another plan providing medical benefits.

3. Represent that my spouse (check one)
   [ ] is  [ ] is not  [ ] Not applicable covered by another plan providing medical benefits.

4. Represent that my dependents (check one)
   [ ] are  [ ] are not  [ ] Not applicable covered by another plan providing medical benefits.

5. Represent that I am not subject to any binding court order requiring me to maintain medical expense coverage for my dependents.

6. Represent that I have received no financial or other form of inducement from my employer to make this waiver of benefits.

**Signature:** _____  **Date:** _____

EXHIBIT D