**STATE OF MONTANA**
**CERTIFICATION OF VITAL RECORD**

# YELLOWSTONE COUNTY

## CERTIFICATION OF A DEATH CERTIFICATE

**FILE #: 201605-002664**

| | | | |
|---|---|---|---|
| FULL NAME OF DECEASED: | Karen Ann Hill | SEX: | Female |
| DATE OF DEATH: | April 05, 2016 | PLACE OF DEATH: | BELFRY |
| RACE: | White | | |
| DATE OF BIRTH: | ▓▓▓▓▓▓▓ | BIRTHPLACE: | Spokane, Washington |
| MOTHER'S NAME: | Lila Briggs | | |
| FATHER'S NAME: | Lloyd Hill | | |
| MARITAL STATUS: | Married | | |
| SPOUSE: | Not Recorded | | |
| SOCIAL SECURITY NUMBER: | ▓▓▓▓▓▓▓ | VETERAN OF ARMED FORCES: | No |
| RESIDENCE: | Belfry, Montana | | |
| FUNERAL FACILITY: | Smith-Olcott Funeral Chapel | | |
| PLACE OF DISPOSITION: | Smith Crematory Billings | | |
| METHOD OF DISPOSITION: | Cremation | | |
| MANNER OF DEATH: | Homicide | DATE FILED: | April 13, 2016 |

**CAUSE OF DEATH:**
a. Mulitple gunshots to body

**ONSET:** minutes

**OTHER SIGNIFICANT CONDITIONS:**
Not Recorded

**DESCRIBE HOW INJURY OCCURRED:**
Decedent was shot multiple times

| | |
|---|---|
| DATE AND TIME OF INJURY: | April 05, 2016 |
| PLACE OF INJURY: | Home |
| LOCATION OF INJURY: | 302 Iron Rail Alley, Belfry, Montana 59008 |

**NAME AND ADDRESS OF CERTIFIER:**
Josh McQuillan, PO Box 230, Red Lodge, Montana 59068

DATE ISSUED: April 13, 2016    BY: _J McC_

767085

This certifies that this document is a true duplication of the original information on file with the Department of Public Health and Human Services.

Clerk and Recorder

Not Valid Unless Raised Seal Is Present

EXHIBIT E