**CERTIFICATION OF VITAL RECORD**



# YELLOWSTONE COUNTY

## CERTIFICATION OF A DEATH CERTIFICATE

FILE #: 201605-002663

| | | | |
|---|---|---|---|
| FULL NAME OF DECEASED: | Sharon Marie Hill | SEX: | Female |
| DATE OF DEATH: | April 05, 2016 | PLACE OF DEATH: | BELFRY |
| RACE: | White | | |
| DATE OF BIRTH: | [REDACTED] | BIRTHPLACE: | Spokane, Washington |
| MOTHER'S NAME: | Lila Briggs | | |
| FATHER'S NAME: | Lloyd Hill | | |
| MARITAL STATUS: | Widowed | | |
| SPOUSE: | | | |
| SOCIAL SECURITY NUMBER: | [REDACTED] | VETERAN OF ARMED FORCES: | No |
| RESIDENCE: | Belfry, Montana | | |
| FUNERAL FACILITY: | Smith-Olcott Funeral Chapel | | |
| PLACE OF DISPOSITION: | Smith Crematory Billings | | |
| METHOD OF DISPOSITION: | Cremation | | |
| MANNER OF DEATH: | Homicide | DATE FILED: | April 13, 2016 |

CAUSE OF DEATH:          ONSET:
a. Mulitple gunshots to body          minutes

OTHER SIGNIFICANT CONDITIONS:
Not Recorded

DESCRIBE HOW INJURY OCCURRED:
Decedent was shot multiple times

DATE AND TIME OF INJURY: April 05, 2016

PLACE OF INJURY: Home

LOCATION OF INJURY: 302 Iron Rail Alley, Belfry, Montana 59008

NAME AND ADDRESS OF CERTIFIER:
Josh McQuillan, PO Box 230, Red Lodge, Montana 59068

DATE ISSUED: April 13, 2016    BY: *(signature)*



767080

This certifies that this document is a true duplication of the original information on file with the Department of Public Health and Human Services.

*(signature)*
Clerk and Recorder

Not Valid Unless Raised Seal Is Present

EXHIBIT F

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE