IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LECOU and GARY HILL as personal representative of the ESTATE OF KAREN LECOU,<br><br>Defendants.<br><br>and<br><br>GARY HILL as personal representative of the ESTATE OF KAREN LECOU,<br><br>Cross-claimant,<br><br>Vs.<br><br>ROBERT LECOU,<br><br>Cross-claim Defendant. | CV 19-17-BLG-SPW<br><br>ORDER LIFTING STAY |

Before the Court is Cross-claimant Gary Hill's Motion for Lifting Stay of Action (Doc. 36). On November 15, 2019, this Court stayed the proceedings until LeCou exhausted the appeal processs or was found not to be criminally liable for

1

Karen LeCou's death. (Doc. 35). On November 19, 2020, Hill filed the present motion, informing the Court that the Montana Supreme Court denied LeCou's appeal and affirmed his conviction, thereby exhausting his appellate remedies. (Doc. 36 at 3 & 36-1). LeCou has not responded to Hill's motion. Accordingly,

IT IS HEREBY ORDERED that Defendant and Cross-claimant Gary Hill's motion is GRANTED and the action is NO LONGER STAYED and the case shall proceed on its merits.

DATED this 16th day of December, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge