IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LECOU and GARY HILL as personal representative of the ESTATE OF KAREN LECOU,<br><br>Defendants.<br><br>and<br><br>GARY HILL as personal representative of the ESTATE OF KAREN LECOU,<br><br>Cross-claimant,<br><br>Vs.<br><br>ROBERT LECOU,<br><br>Cross-claim Defendant. | CV 19-17-BLG-SPW<br><br>ORDER |

Before the Court is Defendant and Cross-Claimant Gary Hill's Motion for

Summary Judgment, filed in his role as personal representative of the Estate of

1

Karen LeCou. (Doc. 43). The Court notes that Hill has failed to adhere to Local Rule 56.1 (a), which states:

> **(a)** Any party filing a motion for summary judgment must simultaneously file a Statement of Undisputed Facts. The Statement must:
> (1) set forth in serial form each fact on which the party relies to support the motion;
> (2) pinpoint cite to a specific pleading, deposition, answer to interrogatory, admission or affidavit before the court to support each fact;
> (3) be filed separately from the motion and brief; and
> (4) immediately upon filing of the motion, be e-mailed in a word processing format to each party against whom summary judgment is sought.

While the briefing references a Statement of Undisputed Facts, it does not appear one was filed. Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required. Accordingly,

**IT IS ORDERED** that Hill's Motion is **DENIED** with leave to renew.

DATED this __1st__ day of March 2021.

_____
SUSAN P. WATTERS
United States District Judge