UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARTFORD LIFE INSURACE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>ROBERT LECOU and GARY HILL as personal representative of the ESTATE OF KAREN LECOU,<br><br>     Defendant. | Case No. CV-19-17 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  JUDGMENT ENTERED IN FAVOR OF GARY HILL, as personal representative of Karen LeCou's estate.

  Dated this 8th day of April, 2021.

           TYLER P. GILMAN, CLERK

          By: /s/ Amanda Carrillo
            Deputy Clerk