IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LECOU and GARY HILL as personal representative of the ESTATE OF KAREN LECOU,<br><br>Defendants.<br><br>and<br><br>GARY HILL as Personal representative of the ESTATE OF KAREN LECOU,<br><br>Cross-claimant,<br><br>vs.<br><br>ROBERT LECOU,<br><br>Cross-claim Defendant. | CV 19-17-BLG-SPW<br><br>ORDER TO RELEASE INTERPLEAD FUNDS |

Upon the Cross-claimant's Motion to Release Interplead Funds (Doc. 55),

Pursuant to D. Mont. Local Rule 67.2, and good cause appearing,

1

**IT IS HEREBY ORDERED** that the Court disburse the funds on deposit in the Registry of the Court in the amount of $22,745.41, plus any interest accrued to date of disbursement, after deduction of a fee in an amount not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, as follows:

1. Payee Estate of Karen LeCou in the principal amount of $22,745.41 plus 100% of any accrued interest to the date of disbursement.

The clerk is directed to notify the parties of the entry of this Order.

DATED this 24th day of June, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge